# EXHIBIT A

## EXHIBIT "A"

Reserve "A", being a 4.476 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas; Save and Except a tract condemned for right-of-way, Agreed Judgment filed under Clerk's File No. 9307450 of the Real Property Records of Montgomery County, Texas.

Reserve "B", being a 2.828 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas; Save and Except a tract condemned for right-of-way, Agreed Judgment filed under Clerk's File No. 9307450 of the Real Property Records of Montgomery County, Texas.

Reserve "C", being a 3.630 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas; Save and Except a tract condemned for right-of-way, Agreed Judgment filed under Clerk's File No. 9307450 of the Real Property Records of Montgomery County, Texas.

Reserve "D", being a 0.677 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Reserve "E", being a 0.989 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Reserve "F", being a 1.716 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Three (3), Four (4), Nine (9), Ten (10), Seventeen (17), Nineteen (19), Twenty (20), Twenty-two (22), Twenty-three (23), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-two (32), Thirty-three (33), Thirty-four (34), Thirty-five (35) and Thirty-six (36), in Block One (1), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Five (5), Eight (8), Nine (9), Ten (10), Eleven (11), Twelve (12) and Thirteen (13), in Block Two (2), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Ten (10), Twelve (12), Thirteen (13), Fourteen (14), Seventeen (17), Eighteen (18), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-one (31), Thirty-two (32), Thirty-five (35), Thirty-seven (37), Thirty-eight (38), Thirty-nine (39), Forty (40), Forty-two (42), Forty-four (44), Forty-five (45) and Forty-six (46), in Block Three (3), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Four (4), Eight (8), Fourteen (14), Twenty-one (21), Twenty-two (22), Twenty-four (24), Twenty-eight (28), Thirty-one (31), Thirty-three (33), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Thirty-eight (38), Forty (40), Forty-six (46), Forty-eight (48), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Sixty-two (62) and Sixty-four (64), in Block Four (4), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Page 1 of 8

EXHIBIT "A"
[Page 1 of 8]

Lots Two (2), Five (5), Six (6), Fourteen (14), Fifteen (15), Sixteen (16), Eighteen (18), Twenty-one (21), Twenty-two (22), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty (30), Thirty-two (32), Thirty-three (33), Thirty-seven (37), Thirty-eight (38), Thirty-nine (39), Forty-five (45), Forty-six (46), Forty-eight (48), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-seven (57), Fifty-eight (58), Fifty-nine (59), Sixty (60), Sixty-one (61), Sixty-two (62), Sixty-three (63), Sixty-four (64), Sixty-five (65), Sixty-eight (68), Seventy-one (71), Seventy-two (72), Seventy-three (73), Seventy-four (74), Seventy-five (75), Seventy-six (76), Seventy-seven (77) and Seventy-eight (78), in Block Five (5), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Five (5), Nine (9), Ten (10), Eleven (11), Fourteen (14), Fifteen (15), Sixteen (16), Eighteen (18), Twenty-one (21), Twenty-two (22), Twenty-four (24), Thirty (30), Thirty-two (32), Thirty-six (36), Thirty-seven (37), Forty (40), Forty-one (41), Forty-two (42), Forty-four (44), Forty-seven (47), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-six (56), Fifty-eight (58), Fifty-nine (59), Sixty-four (64), Sixty-five (65), Sixty-six (66), Seventy-one (71), Seventy-two (72), Seventy-three (73) and Seventy-four (74), in Block Six (6), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Seven (7), Eight (8), Nine (9), Eleven (11), Twelve (12), Lot Thirteen (13), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Thirty (30), Thirty-one (31), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Thirty-eight (38), Thirty-nine (39), Forty (40), Forty-two (42), Forty-four (44), Forty-five (45), Forty-seven (47), Fifty-one (51), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-eight (58), Sixty (60), Sixty-two (62), Sixty-three (63), Sixty-six (66), Seventy (70), Seventy-one (71), Seventy-three (73), Seventy-five (75), Seventy-seven (77), Eighty (80), Eighty-one (81), Eighty-three (83), Eighty-five (85), Eighty-six (86), Eighty-eight (88), Eighty-nine (89), Ninety (90), Ninety-five (95), Ninety-six (96), Ninety-seven (97), Ninety-nine (99), One Hundred One (101), One Hundred Four (104), One Hundred Five (105), One Hundred Six (106), One Hundred Seven (107) and One Hundred Eleven (111), in Block Seven (7), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Three (3), Four (4), Six (6), Seven (7), Eight (8) and Ten (10), in Block Eight (8), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Four (4), Five (5), Seven (7), Eight (8), Thirteen (13), Fourteen (14), Fifteen (15), Twenty-two (22), Twenty-three (23), Twenty-five (25), Twenty-seven (27), Thirty (30), Thirty-one (31), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Thirty-eight (38), Thirty-nine (39), Forty-one (41), Forty-two (42), Forty-four (44), Forty-five (45), Forty-eight (48), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Sixty-one (61), Sixty-two (62), Sixty-three (63), Sixty-four (64), Sixty-five (65), Sixty-six (66), Sixty-seven (67), Sixty-nine (69), Seventy (70), Seventy-one (71), Seventy-five (75), Seventy-six (76), Seventy-seven (77), Seventy-nine (79), Eighty (80), Eighty-two (82), Eighty-seven (87), Eighty-nine (89), Ninety (90), Ninety-one (91), Ninety-three (93), Ninety-seven (97) and Ninety-eight (98), in Block Nine (9), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

EXHIBIT "A"
[Page 2 of 8]

EXHIBIT A PAGE 000023

Lots Five (5), Nine (9), Ten (10), Thirteen (13), Fourteen (14), Fifteen (15) and Sixteen (16), in Block Ten (10), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Six (6), Nine (9), Ten (10), Eleven (11), Twenty-one (21), Twenty-two (22), Twenty-four (24), Thirty-two (32), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Forty (40), Forty-one (41), Forty-six (46), Forty-seven (47), Forty-eight (48), Forty-nine (49), Fifty-three (53), Fifty-four (54), Fifty-eight (58), Sixty (60), Sixty-two (62), Sixty-three (63), Sixty-four (64), Sixty-five (65), Sixty-six (66), Sixty-eight (68), Sixty-nine (69), Seventy (70), Seventy-one (71), Seventy-two (72), Seventy-three (73), Seventy-five (75), Seventy-seven (77), Seventy-nine (79), Eighty (80), Eighty-one (81), Eighty-two (82), Eighty-four (84), Eighty-seven (87), Eighty-eight (88), Ninety-four (94) and Ninety-six (96), in Block Eleven (11), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Five (5), Six (6), Seven (7), Eight (8), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14), Seventeen (17), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-five (25), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-one (31), Thirty-two (32), Thirty-three (33), Thirty-four (34), Thirty-five (35), Thirty-six (36), Forty-three (43), Forty-nine (49), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-nine (59), Sixty-two (62), Sixty-five (65), Sixty-six (66), Sixty-eight (68), Sixty-nine (69), Seventy (70), Seventy-four (74), Seventy-five (75), Seventy-six (76), Seventy-seven (77), Seventy-eight (78), Seventy-nine (79), Eighty (80), Eighty-one (81), Eighty-five (85), Eighty-six (86) and Eighty-seven (87), in Block Twelve (12), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Five (5), Seven (7), Eight (8), Ten (10), Eleven (11), Fifteen (15), Sixteen (16), Seventeen (17), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-six (26), Twenty-eight (28), Twenty-nine (29), Thirty (30), Thirty-one (31), Thirty-two (32), Thirty-three (33), Thirty-four (34), Thirty-five (35), Thirty-six (36), Forty (40), Forty-one (41), Forty-two (42), Forty-three (43), Forty-five (45), Forty-six (46), Forty-seven (47), Forty-nine (49), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Sixty-one (61), Sixty-two (62), Sixty-three (63), Sixty-four (64), Sixty-six (66), Sixty-seven (67), Seventy-one (71), Seventy-two (72), Seventy-three (73), Seventy-five (75), Seventy-seven (77) and Seventy-eight (78), in Block Thirteen (13), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Five (5), Six (6), Eight (8), Twelve (12), Fifteen (15), Sixteen (16), Seventeen (17), Twenty-one (21), Twenty-two (22), Twenty-seven (27), Twenty-eight (28), Thirty (30), Thirty-two (32), Thirty-three (33), Forty-six (46), Fifty-two (52), Fifty-three (53), Fifty-six (56), Fifty-seven (57), Sixty (60), Sixty-six (66), Sixty-seven (67), Lot Sixty-eight (68) and Sixty-nine (69), in Block Fourteen (14), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Four (4), Five (5), Six (6), Seven (7), Nine (9), Ten (10), Eleven (11), Fourteen (14), Seventeen (17), Nineteen (19), Twenty (20), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26) and Twenty-seven (27), in Block Fifteen (15), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Page 3 of 8

**EXHIBIT "A"**
**[Page 3 of 8]**

Lot One (1), Two (2), Six (6), Seven (7), Nine (9), Thirteen (13), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-seven (27), Twenty-eight (28), Thirty-six (36), Thirty-seven (37), Forty (40), Forty-two (42), Forty-three (43), Forty-four (44), Forty-five (45), Forty-six (46), Forty-seven (47), Forty-eight (48), Forty-nine (49), Fifty (50), Fifty-one (51), Fifty-three (53), Fifty-four (54), Fifty-six (56), Fifty-seven (57), Sixty-two (62), Sixty-three (63), Sixty-five (65), Sixty-six (66) and Sixty-seven (67), in Block Sixteen (16), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Five (5), Seven (7), Ten (10), Eleven (11), Thirteen (13), Fourteen (14), Sixteen (16), Seventeen (17), Eighteen (18), Twenty (20), Twenty-one (21), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Thirty-two (32), Thirty-seven (37), Thirty-eight (38), Forty-one (41), Forty-two (42), Forty-four (44), Forty-six (46), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Sixty (60), Sixty-one (61), Sixty-two (62), Sixty-five (65) and Sixty-six (66), in Block Seventeen (17), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Four (4), Nine (9), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fifteen (15), Sixteen (16), Seventeen (17), Eighteen (18), Nineteen (19), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-nine (29), Thirty (30), Thirty-six (36), Forty (40), Forty-one (41), Forty-three (43), Forty-eight (48), Forty-nine (49), Fifty (50), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Fifty-eight (58), Sixty-one (61), Sixty-two (62), Sixty-four (64), Sixty-six (66), Sixty-seven (67) and Sixty-eight (68), in Block Eighteen (18), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Four (4), Seven (7), Twelve (12), Thirteen (13), Fifteen (15), Seventeen (17), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty (30), Thirty-three (33), Thirty-six (36), Thirty-seven (37), Forty-two (42), Forty-three (43), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Fifty-eight (58), Sixty (60) and Sixty-one (61), in Block Nineteen (19), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Five (5), Eleven (11), Sixteen (16), Seventeen (17), Eighteen (18), Twenty (20), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Thirty (30), Thirty-one (31), Lot Thirty-two (32), Lot Thirty-three (33), Lot Thirty-six (36), Lot Forty-one (41), Lot Forty-two (42), Forty-three (43), Forty-four (44), Forty-six (46), Forty-nine (49), Fifty-four (54), Fifty-five (55), Fifty-nine (59), Sixty-four (64), Sixty-six (66), Seventy (70), Seventy-one (71) and Seventy-three (73), in Block Twenty (20), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof Recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9) and Ten (10), in Block Twenty-One (21), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Eleven (11), Sixteen (16), Nineteen (19), Twenty-three (23), Twenty-four (24), Twenty-nine (29), Thirty (30), Thirty-four (34), Thirty-seven (37), Thirty-nine (39), Forty-three (43), Forty-six (46), Forty-seven (47), Forty-eight (48), Fifty-two (52), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Fifty-eight (58), Fifty-nine (59), Sixty (60), Sixty-one (61) and Sixty-two (62), in Block Twenty-two (22), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Twelve (12), Thirteen (13), Fifteen (15), Seventeen (17), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-three (23), Twenty-five (25), Twenty-eight (28) and Twenty-nine (29), in Block Twenty-three (23), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Four (4), Five (5), Six (6), Seven (7), Lot Eight (8), Twelve (12), Thirteen (13), Fourteen (14), Eighteen (18), Nineteen (19), Twenty (20) and Twenty-one (21), in Block Twenty-four (24), of LAKE CONROE VILLAGE, an addition to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Three (3), Four (4), Five (5), Six (6), Seven (7), Ten (10), Eleven (11), Twelve (12), Sixteen (16), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-three (33), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Thirty-nine (39), Forty (40), Forty-one (41), Forty-two (42), Forty-three (43), Forty-six (46), Forty-seven (47), Forty-nine (49), Fifty (50), Fifty-one (51), Fifty-four (54), Fifty-five (55), Fifty-seven (57), Fifty-eight (58), Fifty-nine (59), Sixty-one (61), Sixty-two (62), Sixty-five (65), Sixty-six (66), Sixty-seven (67), Sixty-eight (68), Sixty-nine (69), Seventy-four (74), Seventy-five (75), Seventy-six (76), Eighty (80), Eighty-one (81), Eighty-two (82), Eighty-three (83), Eighty-four (84), Eighty-five (85), Eighty-seven (87), Eighty-eight (88), Eighty-nine (89), Ninety (90), Ninety-one (91), Ninety-two (92), Ninety-five (95), Ninety-six (96), Ninety-seven (97), One Hundred One (101) and One Hundred Two (102), in Block Twenty-five (25), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Four (4), Six (6), Thirteen (13), Fifteen (15), Sixteen (16), Eighteen (18), Nineteen (19), Twenty (20), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-nine (29), Thirty (30), Thirty-one (31), in Block Twenty-six (26), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Six (6), Seven (7), Eight (8), Twelve (12), Fourteen (14), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-three (23), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-nine (29), Thirty (30), Thirty-one (31), Thirty-two (32), Thirty-three (33), Thirty-six (36), Thirty-seven (37), Thirty-eight (38), Forty (40), in Block Twenty-seven (27), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Four (4), Five (5), Fifteen (15), Sixteen (16), Seventeen (17), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-one (31), Thirty-four (34), Thirty-five (35), Thirty-six (36), Thirty-eight (38) and Forty-two (42), in Block Twenty-eight (28), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 68, Map Records of Montgomery County, Texas.

Page 6 of 8

EXHIBIT "A"
[Page 6 of 8]

EXHIBIT A PAGE 000027

Lots 5, 21 and 40, Block 1, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 26 and 43, Block 3, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 7, 10, 23, 26, 30, 32, 39, 42 and 47, Block 4, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 12 and 13, Block 5, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 6, 7, 12, 26, 29, 33, 35, 38, 39, 47, 49, 55 and 75, Block 6, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 5, 48, 52, 57 and 84, Block 7, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 6, 11, 19, 21, 43, 74, 81, 92, 94, 95 and 96, Block 9, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lot 6, Block 10, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 4, 5, 8, 12, 13, 15, 16, 17, 18, 30, 31, 35, 38, 39, 67, 90, 92 and 93, Block 11, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 4, 38, 39, 44, 45, 48, 56, 58, 71, 73, 82 and 83, Block 12, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 12, 57, 74 and 76, Block 13, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Page 7 of 8

EXHIBIT "A"

[Page 7 of 8]

Lots 31, 34, 48, 54 and 55, Block 14, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 2, 3, 8, 13, 18 and 21, Block 15, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 3, 10, 14, 15, 60, 61 and 64, Block 16, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 4, 6, 8, 40, 59, 63 and 64, Block 17, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 3, 5, 6, 7, 14, 38, 44, 45 and 65, Block 18, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 1, 5, 11 and 14, Block 19, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 12, 35, 38, 53, 57, 61 and 69, Block 20, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 33, 38 and 40, Block 22, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 3, 16 and 17, Block 24, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 17, 35, 52, 56 and 72, Block 25, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 1, 6, 7, 14, 18 and 30, Block 28, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas