# EXHIBIT C

EXHIBIT C PAGE 000040

```
 1  CRAIG R. SMITH (State Bar No. 180338)
    SMITH LAW FIRM
 2  A Professional Law Corporation
    21021 Ventura Boulevard, Suite 450
 3  Woodland Hills, California 91364
    Telephone:   (818) 703-6057
 4  Facsimile:   (818) 703-6058
 5
    Attorneys for Plaintiff Bert Schreiber
 6
 7
```

FILED
LOS ANGELES SUPERIOR COURT
JUN 1 1 2009
JOHN A. CLARKE, CLERK
BY A. KIDDER, DEPUTY

RECEIVED MAY 1 5 2009 VAN NUYS

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| BERT SCHREIBER, an individual, | CASE NO.: LC 079255 |
| Plaintiff, | |
| vs. | *ASSIGNED TO THE HONORABLE RICHARD A. ADLER, DEPT Y* |
| DOUBLE S DEVELOPMENT, LLC a Texas Limited Liability Company; DSD HOMES, LLC, a Texas limited liability company; SYNDICATE EXCHANGE CORPORATION, a Texas corporation; DROY PROPERTIES, LLC, a Texas limited liability company; DAVID SILBERSTEIN and DOES 1 through 100, inclusive, | [PROPOSED] ORDER FOR PERMANENT INJUNCTION |
| Defendants. | |

This action came on regularly for trial on April 1, 2009 and April 2, 2009, in Department Y of the Superior Court of Los Angeles, Northwest District, the Honorable Richard A. Adler, Judge presiding. The Plaintiff, Bert Schreiber, appearing by his attorney Craig R. Smith of Smith Law Firm, APLC; and Defendant, David Silberstein, appearing in propria persona; and Defendants DSD HOMES, LLC, a Texas limited liability company, SYNDICATE EXCHANGE CORPORATION, a Texas corporation, and DROY PROPERTIES, LLC, a Texas limited liability company, by their attorney, David Silberstein.

On April 2, 2009, the Court took the matter under submission. Upon submission of the case, counsel stipulated that the Court's decision shall serve as a Statement of Decision pursuant

- 1 -

to California *Code of Civil Procedure* § 632.  On May 7, 2009, the Court issued its Final Decision.

The Court found that Defendants DSD HOMES, LLC, SYNDICATE EXCHANGE CORPORATION, and DROY PROPERTIES, LLC knowingly participated in the fraudulent transfers of that certain real property in Conroe, Texas, and legally described as set forth on Exhibit A attached hereto and incorporated herein as though fully set forth (the "Conroe Property"), and that the purported foreclosure of the Conroe Property by SYNDICATE EXCHANGE CORPORATION is a sham.

**FOR GOOD CAUSE HAVING BEEN SHOWN**, and pursuant to California Civil Code §3439.07, this Court now orders as follows:

> Defendants DSD HOMES, LLC, SYNDICATE EXCHANGE CORPORATION, and DROY PROPERTIES, LLC are permanently enjoined from any further transfer or hypothecation of the Conroe Property without further order of this Court.

DATED:  JUN 1 1 2009

_____
THE HONORABLE RICHARD A. ADLER
JUDGE OF THE SUPERIOR COURT

- 2 -
ORDER FOR PERMANENT INJUNCTION

EXHIBIT C PAGE 000042

EXHIBIT "C"
[Page 2 of 12]

EXHIBIT "A"

Reserve "A", being a 4.476 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas; Save and Except a tract condemned for right-of-way, Agreed Judgment filed under Clerk's File No. 9307450 of the Real Property Records of Montgomery County, Texas.

Reserve "B", being a 2.828 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas; Save and Except a tract condemned for right-of-way, Agreed Judgment filed under Clerk's File No. 9307450 of the Real Property Records of Montgomery County, Texas.

Reserve "C", being a 3.630 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas; Save and Except a tract condemned for right-of-way, Agreed Judgment filed under Clerk's File No. 9307450 of the Real Property Records of Montgomery County, Texas.

Reserve "D", being a 0.677 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Reserve "E", being a 0.989 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Reserve "F", being a 1.716 acre tract of land, more or less, of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Three (3), Four (4), Nine (9), Ten (10), Seventeen (17), Nineteen (19), Twenty (20), Twenty-two (22), Twenty-three (23), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-two (32), Thirty-three (33), Thirty-four (34), Thirty-five (35) and Thirty-six (36), in Block One (1), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Five (5), Eight (8), Nine (9), Ten (10), Eleven (11), Twelve (12) and Thirteen (13), in Block Two (2), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Ten (10), Twelve (12), Thirteen (13), Fourteen (14), Seventeen (17), Eighteen (18), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-one (31), Thirty-two (32), Thirty-five (35), Thirty-seven (37), Thirty-eight (38), Thirty-nine (39), Forty (40), Forty-two (42), Forty-four (44), Forty-five (45) and Forty-six (46), in Block Three (3), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Four (4), Eight (8), Fourteen (14), Twenty-one (21), Twenty-two (22), Twenty-four (24), Twenty-eight (28), Thirty-one (31), Thirty-three (33), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Thirty-eight (38), Forty (40), Forty-six (46), Forty-eight (48), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Sixty-two (62) and Sixty-four (64), in Block Four (4), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Page 1 of 8

Lots Two (2), Five (5), Six (6), Fourteen (14), Fifteen (15), Sixteen (16), Eighteen (18), Twenty-one (21), Twenty-two (22), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty (30), Thirty-two (32), Thirty-three (33), Thirty-seven (37), Thirty-eight (38), Thirty-nine (39), Forty-five (45), Forty-six (46), Forty-eight (48), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-seven (57), Fifty-eight (58), Fifty-nine (59), Sixty (60), Sixty-one (61), Sixty-two (62), Sixty-three (63), Sixty-four (64), Sixty-five (65), Sixty-eight (68), Seventy-one (71), Seventy-two (72), Seventy-three (73), Seventy-four (74), Seventy-five (75), Seventy-six (76), Seventy-seven (77) and Seventy-eight (78), in Block Five (5), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Five (5), Nine (9), Ten (10), Eleven (11), Fourteen (14), Fifteen (15), Sixteen (16), Eighteen (18), Twenty-one (21), Twenty-two (22), Twenty-four (24), Thirty (30), Thirty-two (32), Thirty-six (36), Thirty-seven (37), Forty (40), Forty-one (41), Forty-two (42), Forty-four (44), Forty-eight (48), Fifty (50), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-six (56), Fifty-eight (58), Fifty-nine (59), Sixty-four (64), Sixty-five (65), Sixty-six (66), Seventy-one (71), Seventy-two (72), Seventy-three (73) and Seventy-four (74), in Block Six (6), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Seven (7), Eight (8), Nine (9), Eleven (11), Twelve (12), Lot Thirteen (13), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Thirty (30), Thirty-one (31), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Thirty-eight (38), Thirty-nine (39), Forty (40), Forty-two (42), Forty-four (44), Forty-five (45), Forty-seven (47), Fifty-one (51), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-eight (58), Sixty (60), Sixty-two (62), Sixty-three (63), Sixty-six (66), Seventy (70), Seventy-one (71), Seventy-three (73), Seventy-five (75), Seventy-seven (77), Eighty (80), Eighty-one (81), Eighty-three (83), Eighty-five (85), Eighty-six (86), Eighty-eight (88), Eighty-nine (89), Ninety (90), Ninety-five (95), Ninety-six (96), Ninety-seven (97), Ninety-nine (99), One Hundred One (101), One Hundred Four (104), One Hundred Five (105), One Hundred Six (106), One Hundred Seven (107) and One Hundred Eleven (111), in Block Seven (7), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Three (3), Four (4), Six (6), Seven (7), Eight (8) and Ten (10), in Block Eight (8), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Four (4), Five (5), Seven (7), Eight (8), Thirteen (13), Fourteen (14), Fifteen (15), Twenty-two (22), Twenty-three (23), Twenty-five (25), Twenty-seven (27), Thirty (30), Thirty-one (31), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Thirty-eight (38), Thirty-nine (39), Forty-one (41), Forty-two (42), Forty-four (44), Forty-five (45), Forty-eight (48), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Sixty-one (61), Sixty-two (62), Sixty-three (63), Sixty-four (64), Sixty-five (65), Sixty-six (66), Sixty-seven (67), Sixty-nine (69), Seventy (70), Seventy-one (71), Seventy-five (75), Seventy-six (76), Seventy-seven (77), Seventy-nine (79), Eighty (80), Eighty-two (82), Eighty-seven (87), Eighty-nine (89), Ninety-one (91), Ninety-three (93), Ninety-seven (97) and Ninety-eight (98), in Block Nine (9), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Page 2 of 8

12-6

EXHIBIT "C"
[Page 4 of 12]
EXHIBIT C PAGE 000044

DRS IV-0347

Lots Five (5), Nine (9), Ten (10), Thirteen (13), Fourteen (14), Fifteen (15) and Sixteen (16), in Block Ten (10), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Six (6), Nine (9), Ten (10), Eleven (11), Twenty-one (21), Twenty-two (22), Twenty-four (24), Thirty-two (32), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Forty (40), Forty-one (41), Forty-six (46), Forty-seven (47), Forty-eight (48), Forty-nine (49), Fifty-three (53), Fifty-four (54), Fifty-eight (58), Sixty (60), Sixty-two (62), Sixty-three (63), Sixty-four (64), Sixty-five (65), Sixty-six (66), Sixty-eight (68), Sixty-nine (69), Seventy (70), Seventy-one (71), Seventy-two (72), Seventy-three (73), Seventy-five (75), Seventy-seven (77), Seventy-nine (79), Eighty (80), Eighty-one (81), Eighty-two (82), Eighty-four (84), Eighty-seven (87), Eighty-eight (88), Ninety-four (94) and Ninety-six (96), in Block Eleven (11), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Five (5), Six (6), Seven (7), Eight (8), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14), Seventeen (17), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-five (25), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-one (31), Thirty-two (32), Thirty-three (33), Thirty-four (34), Thirty-five (35), Thirty-six (36), Forty-three (43), Forty-nine (49), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-nine (59), Sixty-two (62), Sixty-five (65), Sixty-six (66), Sixty-eight (68), Sixty-nine (69), Seventy (70), Seventy-four (74), Seventy-five (75), Seventy-six (76), Seventy-seven (77), Seventy-eight (78), Seventy-nine (79), Eighty (80), Eighty-one (81), Eighty-five (85), Eighty-six (86) and Eighty-seven (87), in Block Twelve (12), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Five (5), Seven (7), Eight (8), Ten (10), Eleven (11), Fifteen (15), Sixteen (16), Seventeen (17), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-six (26), Twenty-eight (28), Twenty-nine (29), Thirty (30), Thirty-one (31), Thirty-two (32), Thirty-three (33), Thirty-four (34), Thirty-five (35), Thirty-six (36), Forty (40), Forty-one (41), Forty-two (42), Forty-three (43), Forty-five (45), Forty-six (46), Forty-seven (47), Forty-nine (49), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Sixty-one (61), Sixty-two (62), Sixty-three (63), Sixty-four (64), Sixty-six (66), Sixty-seven (67), Seventy-one (71), Seventy-two (72), Seventy-three (73), Seventy-five (75), Seventy-seven (77) and Seventy-eight (78), in Block Thirteen (13), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Five (5), Six (6), Eight (8), Twelve (12), Fifteen (15), Sixteen (16), Seventeen (17), Twenty-one (21), Twenty-two (22), Twenty-seven (27), Twenty-eight (28), Thirty (30), Thirty-two (32), Thirty-three (33), Forty-six (46), Fifty-two (52), Fifty-three (53), Fifty-six (56), Fifty-seven (57), Sixty (60), Sixty-six (66), Sixty-seven (67), Lot Sixty-eight (68) and Sixty-nine (69), in Block Fourteen (14), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Four (4), Five (5), Six (6), Seven (7), Nine (9), Ten (10), Eleven (11), Fourteen (14), Seventeen (17), Nineteen (19), Twenty (20), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26) and Twenty-seven (27), in Block Fifteen (15), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Page 3 of 8

EXHIBIT "C"
[Page 5 of 12]
EXHIBIT C PAGE 000045

12-7

DRS IV-0348

Lot One (1), Two (2), Six (6), Seven (7), Nine (9), Thirteen (13), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-seven (27), Twenty-eight (28), Thirty-six (36), Thirty-seven (37), Forty (40), Forty-two (42), Forty-three (43), Forty-four (44), Forty-five (45), Forty-six (46), Forty-seven (47), Forty-eight (48), Forty-nine (49), Fifty (50), Fifty-one (51), Fifty-three (53), Fifty-four (54), Fifty-six (56), Fifty-seven (57), Sixty-two (62), Sixty-three (63), Sixty-five (65), Sixty-six (66) and Sixty-seven (67), in Block Sixteen (16), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Five (5), Seven (7), Ten (10), Eleven (11), Thirteen (13), Fourteen (14), Sixteen (16), Seventeen (17), Eighteen (18), Twenty (20), Twenty-one (21), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Thirty-two (32), Thirty-seven (37), Thirty-eight (38), Forty-one (41), Forty-two (42), Forty-four (44), Forty-six (46), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Sixty (60), Sixty-one (61), Sixty-two (62), Sixty-five (65) and Sixty-six (66), in Block Seventeen (17), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Four (4), Nine (9), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fifteen (15), Sixteen (16), Seventeen (17), Eighteen (18), Nineteen (19), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-nine (29), Thirty (30), Thirty-six (36), Forty (40), Forty-one (41), Forty-three (43), Forty-eight (48), Forty-nine (49), Fifty (50), Fifty-two (52), Fifty-three (53), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Fifty-eight (58), Sixty-one (61), Sixty-two (62), Sixty-four (64), Sixty-six (66), Sixty-seven (67) and Sixty-eight (68), in Block Eighteen (18), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Four (4), Seven (7), Twelve (12), Thirteen (13), Fifteen (15), Seventeen (17), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty (30), Thirty-three (33), Thirty-six (36), Thirty-seven (37), Forty-two (42), Forty-three (43), Forty-nine (49), Fifty (50), Fifty-one (51), Fifty-two (52), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Fifty-eight (58), Sixty (60) and Sixty-one (61), in Block Nineteen (19), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Five (5), Eleven (11), Sixteen (16), Seventeen (17), Eighteen (18), Twenty (20), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Thirty (30), Thirty-one (31), Lot Thirty-two (32), Lot Thirty-three (33), Lot Thirty-six (36), Lot Forty-one (41), Lot Forty-two (42), Forty-three (43), Forty-four (44), Forty-six (46), Forty-nine (49), Fifty-four (54), Fifty-five (55), Fifty-nine (59), Sixty-four (64), Sixty-six (66), Seventy (70), Seventy-one (71) and Seventy-three (73), in Block Twenty (20), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9) and Ten (10), in Block Twenty-One (21), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Page 4 of 8

Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Eleven (11), Sixteen (16), Nineteen (19), Twenty-three (23), Twenty-four (24), Twenty-nine (29), Thirty (30), Thirty-four (34), Thirty-seven (37), Thirty-nine (39), Forty-three (43), Forty-six (46), Forty-seven (47), Forty-eight (48), Fifty-two (52), Fifty-four (54), Fifty-five (55), Fifty-six (56), Fifty-seven (57), Fifty-eight (58), Fifty-nine (59), Sixty (60), Sixty-one (61) and Sixty-two (62), in Block Twenty-two (22), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Twelve (12), Thirteen (13), Fifteen (15), Seventeen (17), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-three (23), Twenty-five (25), Twenty-eight (28) and Twenty-nine (29), in Block Twenty-three (23), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Four (4), Five (5), Six (6), Seven (7), Lot Eight (8), Twelve (12), Thirteen (13), Fourteen (14), Eighteen (18), Nineteen (19), Twenty (20) and Twenty-one (21), in Block Twenty-four (24), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Three (3), Four (4), Five (5), Six (6), Seven (7), Ten (10), Eleven (11), Twelve (12), Sixteen (16), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-three (33), Thirty-four (34), Thirty-six (36), Thirty-seven (37), Thirty-nine (39), Forty (40), Forty-one (41), Forty-two (42), Forty-three (43), Forty-six (46), Forty-seven (47), Forty-nine (49), Fifty (50), Fifty-one (51), Fifty-four (54), Fifty-five (55), Fifty-seven (57), Fifty-eight (58), Fifty-nine (59), Sixty-one (61), Sixty-two (62), Sixty-five (65), Sixty-six (66), Sixty-seven (67), Sixty-eight (68), Sixty-nine (69), Seventy-four (74), Seventy-five (75), Seventy-six (76), Eighty (80), Eighty-one (81), Eighty-two (82), Eighty-three (83), Eighty-four (84), Eighty-five (85), Eighty-seven (87), Eighty-eight (88), Eighty-nine (89), Ninety (90), Ninety-one (91), Ninety-two (92), Ninety-five (95), Ninety-six (96), Ninety-seven (97), One Hundred One (101) and One Hundred Two (102), in Block Twenty-five (25), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots Two (2), Three (3), Four (4), Six (6), Thirteen (13), Fifteen (15), Sixteen (16), Eighteen (18), Nineteen (19), Twenty (20), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-nine (29), Thirty (30), Thirty-one (31), in Block Twenty-Six (26), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Lots One (1), Two (2), Three (3), Four (4), Six (6), Seven (7), Eight (8), Twelve (12), Fourteen (14), Nineteen (19), Twenty (20), Twenty-one (21), Twenty-two (22), Twenty-three (23), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-nine (29), Thirty (30), Thirty-one (31), Thirty-two (32), Thirty-three (33), Thirty-six (36), Thirty-seven (37), Thirty-eight (38), Forty (40), in Block Twenty-Seven (27), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.



Lots Two (2), Three (3), Four (4), Five (5), Fifteen (15), Sixteen (16), Seventeen (17), Twenty-two (22), Twenty-three (23), Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), Twenty-eight (28), Twenty-nine (29), Thirty-one (31), Thirty-four (34), Thirty-five (35), Thirty-six (36), Thirty-eight (38) and Forty-two (42), in Block Twenty-eight (28), of LAKE CONROE VILLAGE, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Sheet 6B, Map Records of Montgomery County, Texas.

Page 6 of 8

Lots 5, 21 and 40, Block 1, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 26 and 43, Block 3, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 7, 10, 23, 26, 30, 32, 39, 42 and 47, Block 4, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 12 and 13, Block 5, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 6, 7, 12, 26, 29, 33, 35, 38, 39, 47, 49, 55 and 75, Block 6, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 5, 48, 52, 57 and 84, Block 7, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 6, 11, 19, 21, 43, 74, 81, 92, 94, 95 and 96, Block 9, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lot 6, Block 10, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 5B, Map Records of Montgomery County, Texas.

Lots 4, 5, 8, 12, 13, 15, 16, 17, 18, 30, 31, 35, 38, 39, 67, 90, 92 and 93, Block 11, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 4, 38, 39, 44, 45, 48, 56, 58, 71, 73, 82 and 83, Block 12, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 12, 57, 74 and 76, Block 13, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Page 7 of 8

Lots 31, 44, 48, 54 and 55, Block 14, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 2, 3, 8, 13, 18 and 21, Block 15, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 3, 10, 14, 15, 60, 61 and 64, Block 16, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 4, 6, 8, 40, 59, 63 and 64, Block 17, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 3, 5, 6, 7, 14, 38, 44, 45 and 65, Block 18, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 1, 5, 11 and 14, Block 19, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 12, 35, 38, 53, 57, 61 and 69, Block 20, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 33, 38 and 40, Block 22, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 3, 16 and 17, Block 24, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas

Lots 17, 35, 52, 56 and 72, Block 25, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Lots 1, 6, 7, 14, 18 and 30, Block 28, of Lake Conroe Village, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Plat Cabinet F, Page 6B, Map Records of Montgomery County, Texas.

Page 8 of 8





## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 21021 Ventura Boulevard. Suite 450, Woodland Hills, California 91364.

On May 15, 2009, I served the following document(s) described [PROPOSED] ORDER FOR PERMANENT INJUNCTION on all interested parties to this action, as follows:

☒   by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☒   BY MAIL: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with our office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   BY FAX: Pursuant to Rule 2.301(5), I caused the above-referenced document to be transmitted via facsimile from Fax No.818-703-6058 to Fax No. See Service List directed to See Service List. The facsimile machine I used complies with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.301(6), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration

☐   BY OVERNIGHT DELIVERY: I caused such envelope to be delivered to the addressee(s) listed on the service list by Overnite Express overnight delivery.

☐   BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the addressee(s) listed in the Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 15, 2009, at Woodland Hills, California.

MELISSA STOUGH-TAMURA

EXHIBIT "C"
[Page 11 of 12]

EXHIBIT C PAGE 000051

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | David Silberstein |
|   | 16112 Meadowview Drive |
| 3 | Encino, California 91436 |
|   | Tel: 818-906-7676 |
| 4 | Fax: 818-995-7480 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | EXHIBIT "C" |
| 28 | [Page 12 of 12] |

EXHIBIT C PAGE-000052