# EXHIBIT "A"

EXHIBIT A PAGE 000035

LOTS NINE (9), TWENTY-SIX (26), TWENTY-SEVEN (27), TWENTY-EIGHT (28), TWENTY-NINE (29), THIRTY-FIVE (35) AND THIRTY-SIX (36), IN BLOCK ONE (1), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS ONE (1), TWO (2), THREE (3), FOUR (4), FIVE (5), EIGHT (8), NINE (9), TEN (10), ELEVEN (11), TWELVE (12) AND THIRTEEN (13), IN BLOCK TWO (2), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TEN (10), FIFTEEN (15), SIXTEEN (16), SEVENTEEN (17), TWENTY-NINE (29), THIRTY-ONE (31), THIRTY-TWO (32), FORTY-FOUR (44) AND FORTY-FIVE (45) IN BLOCK THREE (3), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TWENTY-FIVE (25), FORTY-SIX (46) AND FIFTY-THREE (53) IN BLOCK FOUR (4), OF LAKE CONROE VILLAGE, PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS SEVENTY-ONE (71), SEVENTY-TWO (72), SEVENTY-THREE (73), SEVENTY-FOUR (74), SEVENTY-FIVE (75), SEVENTY-SIX (76), SEVENTY-SEVEN (77) AND SEVENTY-EIGHT (78), IN BLOCK FIVE (5), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS THIRTY (30), THIRTY-TWO (32) FIFTY-SIX (56), FIFTY-EIGHT (58) AND FIFTY-NINE (59), IN BLOCK SIX (6), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS NINETEEN (19), TWENTY (20), TWENTY-ONE (21), TWENTY-TWO (22), TWENTY-THREE (23), TWENTY-FOUR (24), TWENTY-FIVE (25), THIRTY (30), THIRTY-ONE (31), THIRTY-THREE (33), THIRTY-SIX (36), THIRTY-SEVEN (37), FORTY-TWO (42), FORTY-THREE (43), FIFTY-ONE (51), FIFTY-THREE (53), FIFTY-FOUR (54), SIXTY (60), SIXTY-TWO (62), SIXTY-THREE (63), SIXTY-SIX (66), SIXTY-SEVEN (67), SEVENTY-SIX (76), SEVENTY-SEVEN (77), ONE HUNDRED FOUR (104), ONE HUNDRED FIVE (105), ONE HUNDRED SIX (106), ONE HUNDRED SEVEN (107); AND ONE HUNDRED ELEVEN (111), IN BLOCK SEVEN (7), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TEN (10), ELEVEN (11) AND TWELVE (12) IN BLOCK EIGHT (8), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TWO (2), THREE (3), FOUR (4), FIVE (5), TWELVE (12), TWENTY-TWO (22), TWENTY-THREE (23), TWENTY-FOUR (24), TWENTY-FIVE (25), TWENTY-SIX (26), TWENTY-SEVEN (27), TWENTY-NINE (29), THIRTY (30), THIRTY-ONE (31), THIRTY-THREE (33), THIRTY-FOUR (34), THIRTY-SIX (36), THIRTY-SEVEN (37), THIRTY-EIGHT (38), THIRTY-NINE (39), FORTY-ONE (41), FORTY-TWO (42), FORTY-FOUR (44), FORTY-FIVE (45), FORTY-EIGHT (48), FIFTY (50), FIFTY-ONE (51), FIFTY-TWO (52), FIFTY-THREE (53), FIFTY-FOUR (54), FIFTY-FIVE (55), FIFTY-SIX (56), SIXTY-TWO (62), SIXTY-THREE (63), SIXTY-FOUR (64), SIXTY-FIVE (65), SIXTY-SIX (66), SIXTY-SEVEN (67), SIXTY-NINE (69), SEVENTY-SEVEN (77), EIGHTY-SIX (86), EIGHTY-SEVEN (87), EIGHTY-NINE (89), NINETY-SEVEN (97) AND NINETY-EIGHT (98), IN BLOCK NINE (9), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS FIVE (5), NINE (9) AND SIXTEEN (16), IN BLOCK TEN (10), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TWO (2), THREE (3), SIX (6), NINE (9), TEN (10), ELEVEN (11), SIXTY-TWO (62), SIXTY-THREE (63),

EXHIBIT A PAGE 000036

SIXTY-FOUR (64), SIXTY-FIVE (65), SIXTY-SIX (66) AND EIGHTY-FOUR (84) IN BLOCK ELEVEN (11), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TWENTY-SEVEN (27), TWENTY-EIGHT (28), TWENTY-NINE (29), THIRTY-ONE (31), THIRTY-TWO (32), THIRTY-THREE (33), THIRTY-FOUR (34), THIRTY-FIVE (35), THIRTY-SIX (36), FIFTY-THREE (53), FIFTY-FOUR (54), FIFTY-FIVE (55), FIFTY-NINE (59), SIXTY-TWO (62), SIXTY-NINE (69), SEVENTY (70), SEVENTY-FOUR (74), SEVENTY-FIVE (75), SEVENTY-SIX (76), SEVENTY-SEVEN (77), SEVENTY-EIGHT (78), SEVENTY-NINE (79), EIGHTY (80), EIGHTY-ONE (81) AND EIGHTY-FIVE (85), IN BLOCK TWELVE (12), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS FOUR (4), FIVE (5), SEVEN (7), EIGHT (8), TEN (10), ELEVEN (11), THIRTEEN (13), FIFTEEN (15), SIXTEEN (16), SEVENTEEN (17), EIGHTEEN (18), NINETEEN (19), TWENTY (20), TWENTY-FIVE (25), TWENTY-SIX (26), TWENTY-EIGHT (28), TWENTY-NINE (29), THIRTY (30), THIRTY-ONE (31), THIRTY-TWO (32), THIRTY-THREE (33), THIRTY-FOUR (34), THIRTY-FIVE (35), FORTY-FIVE (45), FORTY-SIX (46), FORTY-SEVEN (47), FORTY-EIGHT (48), FORTY-NINE (49), FIFTY-THREE (53), FIFTY-FOUR (54), FIFTY-FIVE (55), FIFTY-SIX (56), FIFTY-NINE (59), SIXTY-THREE (63), SIXTY-SIX (66), SIXTY-SEVEN (67), SEVENTY-ONE (71), SEVENTY-TWO (72), SEVENTY-THREE (73) AND SEVENTY-FIVE (75), IN BLOCK THIRTEEN (13), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS FIVE (5), SIX (6), EIGHT (8), SIXTEEN (16), SEVENTEEN (17), EIGHTEEN (18), TWENTY-ONE (21), TWENTY-TWO (22), TWENTY-SIX (26), TWENTY-SEVEN (27), TWENTY-EIGHT (28), THIRTY (30), FORTY (40), FORTY-ONE (41), FORTY-THREE (43), FORTY-SIX (46), FIFTY-TWO (52), FIFTY-THREE (53), FIFTY-SIX (56), FIFTY-SEVEN (57), FIFTY-NINE (59), SIXTY (60), SIXTY-SIX (66), SIXTY-SEVEN (67), SIXTY-EIGHT (68), AND SIXTY-NINE (69), IN BLOCK FOURTEEN (14), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS ONE (1), FOUR (4), FIVE (5), SIX (6), SEVEN (7), NINE (9), TEN (10), FOURTEEN (14), FIFTEEN (15), SIXTEEN (16), TWENTY-SIX (26) AND TWENTY-SEVEN (27), IN BLOCK FIFTEEN (15), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS ONE (1), TWO (2), FIVE (5), SIX (6), SEVEN (7), NINE (9), THIRTEEN (13), SEVENTEEN (17), EIGHTEEN (18), NINETEEN (19), TWENTY (20), TWENTY-ONE (21), TWENTY-TWO (22), TWENTY-THREE (23), THIRTY-FIVE (35), THIRTY-SIX (36), THIRTY-SEVEN (37), FORTY (40), FORTY-TWO (42), FORTY-THREE (43), FORTY-FOUR (44), FORTY-FIVE (45), FORTY-SIX (46), FORTY-SEVEN (47), FORTY-EIGHT (48), FORTY-NINE (49), FIFTY (50), FIFTY-ONE (51), FIFTY-THREE (53), FIFTY-FOUR (54), FIFTY-SIX (56), FIFTY-SEVEN (57), FIFTY-NINE (59), SIXTY-TWO (62), SIXTY-THREE (63), SIXTY-FIVE (65) AND SIXTY-SEVEN (67), IN BLOCK SIXTEEN (16), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS THREE (3), SIXTEEN (16) AND SIXTY-FOUR (64) IN BLOCK SEVENTEEN (17), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS ONE (1), TWO (2), THREE (3), FOUR (4), FIVE (5), NINE (9), ELEVEN (11), TWENTY-TWO (22), TWENTY-THREE (23), TWENTY (24), TWENTY-FIVE (25), TWENTY-SIX (26), TWENTY-SEVEN (27), TWENTY-EIGHT (28), THIRTY (30), THIRTY-SIX (36), FORTY-SIX (46), FORTY-SEVEN (47), FIFTY-NINE (59), SIXTY-FOUR (64), SEVENTY-ONE (71) AND SEVENTY-THREE (73), IN BLOCK TWENTY (20), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS ONE (1), TWO (2), THREE (3), FOUR (4), FIVE (5), SIX (6), SEVEN (7), EIGHT (8), NINE (9) AND TEN (10), IN BLOCK TWENTY-ONE (21), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS THREE (3), FOUR (4), FIVE (5), SIX (6), SEVEN (7), EIGHT (8), NINE (9), SIXTEEN (16), TWENTY-NINE

EXHIBIT A PAGE 000037

(29), THIRTY (30), THIRTY-FOUR (34), THIRTY-NINE (39), FORTY-THREE (43), FORTY-SIX (46), FIFTY-TWO (52), FIFTY-SIX (56), FIFTY-SEVEN (57), FIFTY-EIGHT (58), FIFTY-NINE (59), SIXTY (60), SIXTY-ONE (61) AND SIXTY-TWO (62), IN BLOCK TWENTY-TWO (22), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TWO (2), THREE (3), FOUR (4), FIVE (5), SIX (6), SEVEN (7), NINE (9), TEN (10), TWELVE (12), THIRTEEN (13), FIFTEEN (15), SEVENTEEN (17), EIGHTEEN (18), NINETEEN (19), TWENTY (20), TWENTY-ONE (21), TWENTY-TWO (22), TWENTY-THREE (23), TWENTY-FOUR (24), TWENTY-FIVE (25), TWENTY-SIX (26), TWENTY-EIGHT (28) AND TWENTY-NINE (29), IN BLOCK TWENTY-THREE (23), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS FOUR (4), FIVE (5), SIX (6), SEVEN (7), EIGHT (8), TWELVE (12), THIRTEEN (13), FOURTEEN (14), EIGHTEEN (18), NINETEEN (19), TWENTY (20) AND TWENTY-ONE (21), IN BLOCK TWENTY-FOUR (24), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS THREE (3), FOUR (4), FIVE (5), SIX (6), SEVEN (7), EIGHT (8), TEN (10), ELEVEN (11), TWELVE (12), SIXTEEN (16), EIGHTEEN (18), NINETEEN (19), TWENTY-SIX (26), TWENTY-SEVEN (27), TWENTY-EIGHT (28), TWENTY-NINE (29) AND SIXTY-NINE (69), IN BLOCK TWENTY-FIVE (25), AT LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TWENTY-TWO (22), TWENTY-THREE (23), TWENTY-FOUR (24), TWENTY-FIVE (25), TWENTY-SIX (26) AND TWENTY-SEVEN (27), IN BLOCK TWENTY-SIX (26), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS SIX (6), SEVEN (7), EIGHT (8), ELEVEN (11), TWELVE (12), THIRTEEN (13), FOURTEEN (14), TWENTY-FIVE (25), TWENTY-SIX (26), TWENTY-SEVEN (27), TWENTY-NINE (29), THIRTY (30), THIRTY-ONE (31), THIRTY-TWO (32), THIRTY-THREE (33) AND THIRTY-SIX (36), IN BLOCK TWENTY-SEVEN (27), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOTS TWO (2), THREE (3), FIVE (5), FIFTEEN (15), SIXTEEN (16), SEVENTEEN (17), TWENTY-ONE (21), TWENTY-TWO (22), TWENTY-THREE (23), TWENTY-FOUR (24), TWENTY-FIVE (25), TWENTY-SIX (26), THIRTY-TWO (32), THIRTY-THREE (33), THIRTY-FOUR (34), THIRTY-FIVE (35), THIRTY-SIX (36), THIRTY-EIGHT (38), FORTY-ONE (41) AND FORTY-TWO (42), IN BLOCK TWENTY-EIGHT (28), OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, SHEET 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

LOT 21, BLOCK 1, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS,

LOT 26, BLOCK 3, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS,

LOTS 42 AND 47, BLOCK 4, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 12, 29, 33 AND 55, BLOCK 6, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 48 AND 52, BLOCK 7, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

Form 5017448-A (2/1/10)      Page 6 of 18                    T-7: Commitment for Title Insurance (Rev. 2-1-10)

LOTS 6, 11, 19, 21 AND 43, BLOCK 9, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS,

LOT 6, BLOCK 10, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 4, 5, 8, 12, 13, 15, 16, 17 AND 18, BLOCK 11, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS,

LOTS 4, 39, 56, 58, 71, 73, 82 AND 83, BLOCK 12, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 12 AND 74, BLOCK 13, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 44, 48, 54 AND 55, BLOCK 14, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 2, 3, 8 AND 13, BLOCK 15, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED ON PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 3, 10, 14, 15, 60, 61 AND 64, BLOCK 16, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS,

LOTS 12, 35, 38, 57, 61 AND 69, BLOCK 20, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 33, 38 AND 40, BLOCK 22, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 3, 16 AND 17, BLOCK 24, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOT 17, BLOCK 25, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS

LOTS 1, 6, 7, 14 AND 18, BLOCK 28, OF LAKE CONROE VILLAGE, AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT CABINET F, PAGE 6B, MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

Note: The Company is prohibited from insuring the area or quantity of the land described herein. Any statement in the above legal description of the area or quantity of land is not a representation that such area or quantity is correct, but is made only for informational and/or identification purposes and does not override Item 2 of Schedule B hereof.