# EXHIBIT "C"

EXHIBIT C PAGE 000142

AUCTION OF REAL PROPERTY ASSETS OF DOUBLE S. DEVELOPMENT, LLC. LOCATED IN CONROE, TEXAS

David Seror, Chap. 7 Bankruptcy Trustee will conduct an absolute auction, in bulk, on the real property assets of Double S Development, LLC consisting of 497 residential lots located in the Lake Conroe Village development in Conroe, Texas. Final bids must be received by 5:00 p.m. (PST) on August 23, 2012. If qualified and you submit a competing bid, you will have the opportunity to participate in an auction on August 30, 2012 at 11:00 a.m.(PST) in Woodland Hills, California. Minimum bid is $770,350. Sale will be as is, where is; subject to higher & better offers; & approval by the US Bankruptcy Court for Central District of California. For information, a list of properties, and bidding procedures, contact Matthew Seror, Esq. of Buchalter Nemer, mseror@buchalter.com; (213) 891-0700 (ph); (213) 630-5798 (fax).