# EXHIBIT "D"

EXHIBIT D PAGE 000144

From: Jones, George @ Houston Galleria [mailto:George.Jones@cbre.com]
Sent: Tuesday, May 31, 2011 12:39 PM
To: David Seror
Cc: melderbw@aol.com
Subject: FW: Lake Conroe Village

Subject: FW: Lake Conroe Village

David,

Webb and I have been busy ( and expect you have been as well). Our thoughts ( please comment) are that we need to bulk sale the lots – fire sale value – maybe around $500- 600/ lot- maybe less as we take it to market and see responses (doubt we can get any more today).  As I recall from site visit in the RTC "early 90's" day------the commercial reserves are not as enticing as one would think.  I would recommend same plan- fire sale - $2.00-$2.50/ SF. ( We are hearing from the local Conroe banker's that land is still 40-50 % of values as recently as 2008, and they are not motivated to make commercial land loans except  to repeat customers with multiple locations) .

We are also  aware of an Aqua Texas litigation in the area which lasted for 5 + years before it was recently resolved.  What is the status of your negotiations and what is the status of utility capability?

It is important that we have a meeting of the minds on the strategy – before we prepare a listing agreement and a marketing plan.   Please advise at your earliest convenience.  George

George W. Jones | First Vice President CB Richard Ellis | Brokerage - Commercial Properties
2800 Post Oak Blvd, Suite 2300 | Houston, TX 77056 T 713 577 1888| F 713 577 1677| C 713 254 4213
george.jones@cbre.com <mailto:george.jones@cbre.com> | www.cbre.com | www.cbre.com/george.jones
<http://www.cbre.com%20%7c%20www.cbre.com/george.jones>

_____

This e-mail (and any attachments) may contain information that is confidential and/or protected by law. Any review, use, distribution or disclosure to anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

# EXHIBIT "E"

EXHIBIT D PAGE 000147

## AFFIDAVIT OF DREAMSCAPE LAND DEVELOPMENT

THE STATE OF TEXAS
COUNTY OF MONTGOMERY

"My name is BRUCE ALLEGAR. I am the representative and agent for **DREAMSCAPE LAND DEVELOPMENT INC.**. I am over the age of 18 years and am fully capable of making this affidavit". I have entered into the contract forming the basis of this affidavit. I have personal knowledge of all facts and matters contained herein. I am authorized to execute this affidavit for the purposes herein intended.

"I am a resident of Montgomery County, Texas and my business **DREAMSCAPE LAND DEVELOPMENT INC.** is also located with its principal place of business and only place of business in Montgomery County, Texas.

"On 7/31/08 a contract was entered into by Bruce Allegar as representative and agent for **DREAMSCAPE LAND DEVELOPMENT INC.** for the sale and purchase of 400 + or – lots in Lake Conroe Village as further described in the Earnest Money Contract, attached hereto as Exhibit "A" as if fully copied and set forth herein., and any other documents, if any further attached and marked as Exhibit "B".

"I further state that I, we have always been and are ready, willing, and able to close and have been waiting for title issues to be cleared."

"I further state that all matters contained herein are within my personal knowledge and are true and correct."

SUBSCRIBED TO AND SWORN BEFORE ME, personally appeared, **BRUCE ALLEGAR**, representative and agent for **DREAMSCAPE LAND DEVELOPMENT Inc.** known to me to be the person whose name is affixed hereto and having sworn under oath that all matters contained herein are true and correct and within her personal knowledge and who attests that this is in fact his "Affidavit of Fact on this the ___2nd___ day of _____, 2008.

_____
Notary Public



Print Name

My commission expires

After filing return to
Dreamscape Land Dlp.
P. O. Box 2334
Conroe, Tex 77305



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)     06-30-08

## UNIMPROVED PROPERTY CONTRACT
NOTICE: Not For Use For Condominium Transactions

1. **PARTIES:** The parties to this contract are __David Silverstein__ (Seller) and __Dreamstar Land Dev LLC__ (Buyer). Seller agrees to sell and convey to Buyer and Buyer agrees to buy from Seller the Property defined below.

2. **PROPERTY:** Lot __390 Lots__, Block __see attached exhibit A__ __Lake Conroe Village - see attached lot of lot__ Addition, City of _____, County of _____, Texas, known as __Lake Conroe Village__ (address/zip code), or as described on attached exhibit together with all rights, privileges and appurtenances pertaining thereto, including but not limited to: water rights, claims, permits, strips and gores, easements, and cooperative or association memberships (the Property).

3. **SALES PRICE:**
   A. Cash portion of Sales Price payable by Buyer at closing .......... $ __100,000.00__
   B. Sum of all financing described below (excluding any loan funding fee or mortgage insurance premium) ............................... $ __387,500.00__
   C. Sales Price (Sum of A and B) ...................................... $ __487,500.00__
   __Closing within 30 days__

4. **FINANCING:** The portion of Sales Price not payable in cash will be paid as follows: (Check applicable boxes below)
   ☐ A. **THIRD PARTY FINANCING:** One or more third party mortgage loans in the total amount of $_____ (excluding any loan funding fee or mortgage insurance premium).
      (1) Property Approval: If the Property does not satisfy the lenders' underwriting requirements for the loan(s), this contract will terminate and the earnest money will be refunded to Buyer.
      (2) Financing Approval: (Check one box only)
         ☐ (a) This contract is subject to Buyer being approved for the financing described in the attached Third Party Financing Condition Addendum.
         ☐ (b) This contract is not subject to Buyer being approved for financing and does not involve FHA or VA financing.
   ☐ B. **ASSUMPTION:** The assumption of the unpaid principal balance of one or more promissory notes described in the attached TREC Loan Assumption Addendum.
   ☑ C. **SELLER FINANCING:** A promissory note from Buyer to Seller of $ __387,500.00__, secured by vendor's and deed of trust liens, and containing the terms and conditions described in the attached TREC Seller Financing Addendum. If an owner policy of title insurance is furnished, Buyer shall furnish Seller with a mortgagee policy of title insurance. __7.5%__ __2.5% annual int. int. only 3 years. P&I due at end of 3 years__

5. **EARNEST MONEY:** Upon execution of this contract by all parties, Buyer shall deposit $ __1000.00__ as earnest money with __Stewart Title - Conroe__ as escrow agent, at __2125 N. Loop 336 W. #102, Conroe TX 77304__ (address). Buyer shall deposit additional earnest money of $_____ with escrow agent within ____ days after the effective date of this contract. If Buyer fails to deposit the earnest money as required by this contract, Buyer will be in default.

6. **TITLE POLICY AND SURVEY:**
   A. **TITLE POLICY:** Seller shall furnish to Buyer at ☑Seller's ☐Buyer's expense an owner policy of title insurance (Title Policy) issued by __Stewart Title__ (Title Company) in the amount of the Sales Price, dated at or after closing, insuring Buyer against loss under the provisions of the Title Policy, subject to the promulgated exclusions (including existing building and zoning ordinances) and the following exceptions:
      (1) Restrictive covenants common to the platted subdivision in which the Property is located.
      (2) The standard printed exception for standby fees, taxes and assessments.
      (3) Liens created as part of the financing described in Paragraph 4.
      (4) Utility easements created by the dedication deed or plat of the subdivision in which the Property is located.
      (5) Reservations or exceptions otherwise permitted by this contract or as may be approved by Buyer in writing.
      (6) The standard printed exception as to marital rights.
      (7) The standard printed exception as to waters, tidelands, beaches, streams, and related matters.
      (8) The standard printed exception as to discrepancies, conflicts, shortages in area or boundary lines, encroachments or protrusions, or overlapping improvements. Buyer, at Buyer's expense, may have the exception amended to read, "shortages in area".
   B. **COMMITMENT:** Within 20 days after the Title Company receives a copy of this contract, Seller shall furnish to Buyer a commitment for title insurance (Commitment) and, at Buyer's expense, legible copies of restrictive covenants and documents evidencing exceptions in the

Initialed for Identification by Buyer __BA__ and Seller __DS__                    TREC NO. 9-7

Contract Concerning _____  Page 2 of 8  06-10-08
                         (Address of Property)

Commitment (Exception Documents) other than the standard printed exceptions. Seller authorizes the Title Company to deliver the Commitment and Exception Documents to Buyer at Buyer's address shown in Paragraph 21. If the Commitment and Exception Documents are not delivered to Buyer within the specified time, the time for delivery will be automatically extended up to 15 days or the Closing Date, whichever is earlier.

C. SURVEY: The survey must be made by a registered professional land surveyor acceptable to the Title Company and Buyer's lender(s). (Check one box only)
  ☒ (1) Within ____ days after the effective date of this contract, Seller shall furnish to Buyer and Title Company Seller's existing survey of the Property and a Residential Real Property Affidavit promulgated by the Texas Department of Insurance (Affidavit). If the existing survey or Affidavit is not acceptable to Title Company or Buyer's lender(s), Buyer shall obtain a new survey at ☒ Seller's ☐ Buyer's expense no later than 3 days prior to Closing Date. If Seller fails to furnish the existing survey or Affidavit within the time prescribed, Buyer shall obtain a new survey at Seller's expense no later than 3 days prior to Closing Date.
  ☐ (2) Within ____ days after the effective date of this contract, Buyer shall obtain a new survey at Buyer's expense. Buyer is deemed to receive the survey on the date of actual receipt or the date specified in this paragraph, whichever is earlier.
  ☐ (3) Within ____ days after the effective date of this contract, Seller, at Seller's expense shall furnish a new survey to Buyer.

D. OBJECTIONS: Buyer may object in writing to (i) defects, exceptions, or encumbrances to title: disclosed on the survey other than items 6A(1) through (7) above; or disclosed in the Commitment other than items 6A(1) through (8) above; (ii) any portion of the Property lying in a special flood hazard area (Zone V or A) as shown on the current Federal Emergency Management Agency map; or (iii) any exceptions which prohibit the following use or activity: _Residential and commercial use_ _Residential construction_ _mobile homes manufactured homes modular or any commercial construction_. Buyer must object the earlier of (i) the Closing Date or (ii) ____ days after Buyer receives the Commitment, Exception Documents, and the survey. Buyer's failure to object within the time allowed will constitute a waiver of Buyer's right to object; except that the requirements in Schedule C of the Commitment are not waived. Provided Seller is not obligated to incur any expense, Seller shall cure the timely objections of Buyer or any third party lender within 15 days after Seller receives the objections and the Closing Date will be extended as necessary. If objections are not cured within such 15 day period, this contract will terminate and the earnest money will be refunded to Buyer unless Buyer waives the objections.

E. TITLE NOTICES:
  (1) ABSTRACT OR TITLE POLICY: Broker advises Buyer to have an abstract of title covering the Property examined by an attorney of Buyer's selection, or Buyer should be furnished with or obtain a Title Policy. If a Title Policy is furnished, the Commitment should be promptly reviewed by an attorney of Buyer's choice due to the time limitations on Buyer's right to object.
  (2) PROPERTY OWNERS' ASSOCIATION MANDATORY MEMBERSHIP: The Property ☒ is ☐ is not subject to mandatory membership in a property owners' association. If the Property is subject to mandatory membership in a property owners' association, Seller notifies Buyer under §5.012, Texas Property Code, that, as a purchaser of property in the residential community identified in Paragraph 2 in which the Property is located, you are obligated to be a member of the property owners' association. Restrictive covenants governing the use and occupancy of the Property and a dedicatory instrument governing the establishment, maintenance, and operation of this residential community have been or will be recorded in the Real Property Records of the county in which the Property is located. Copies of the restrictive covenants and dedicatory instrument may be obtained from the county clerk. You are obligated to pay assessments to the property owners' association. The amount of the assessments is subject to change. Your failure to pay the assessments could result in a lien on and the foreclosure of the Property. If Buyer is concerned about these matters, the TREC promulgated Addendum for Property Subject to Mandatory Membership in a Property Owners' Association should be used.
  (3) STATUTORY TAX DISTRICTS: If the Property is situated in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services, Chapter 49, Texas Water Code, requires Seller to deliver and Buyer to sign the statutory notice relating to the tax rate, bonded indebtedness, or standby fee of the district prior to final execution of this contract.
  (4) TIDE WATERS: If the Property abuts the tidally influenced waters of the state, §33.135, Texas Natural Resources Code, requires a notice regarding coastal area property to be included in the contract. An addendum containing the notice promulgated by TREC or required by the parties must be used.
  (5) ANNEXATION: If the Property is located outside the limits of a municipality, Seller notifies Buyer under §5.011, Texas Property Code, that the Property may now or later be included in the extraterritorial jurisdiction of a municipality and may now or later be subject to

Initialed for identification by Buyer ___/s/___ _____ and Seller ___/s/___ _____                TREC NO. 9-7





Contract Concerning _____          Page 3 of 8  06-30-08
                              (Address of Property)

annexation by the municipality. Each municipality maintains a map that depicts its boundaries and extraterritorial jurisdiction. To determine if the Property is located within a municipality's extraterritorial jurisdiction or is likely to be located within a municipality's extraterritorial jurisdiction, contact all municipalities located in the general proximity of the Property for further information.

(6) PROPERTY LOCATED IN A CERTIFICATED SERVICE AREA OF A UTILITY SERVICE PROVIDER: Notice required by §13.257, Water Code: The real property, described in Paragraph 2, that you are about to purchase may be located in a certificated water or sewer service area, which is authorized by law to provide water or sewer service to the properties in the certificated area. If your property is located in a certificated area there may be special costs or charges that you will be required to pay before you can receive water or sewer service. There may be a period required to construct lines or other facilities necessary to provide water or sewer service to your property. You are advised to determine if the property is in a certificated area and contact the utility service provider to determine the cost that you will be required to pay and the period, if any, that is required to provide water or sewer service to your property. The undersigned Buyer hereby acknowledges receipt of the foregoing notice at or before the execution of a binding contract for the purchase of the real property described in Paragraph 2 or at closing of purchase of the real property.

(7) PUBLIC IMPROVEMENT DISTRICTS: If the Property is in a public improvement district, §5.014, Property Code, requires Seller to notify Buyer as follows: As a purchaser of this parcel of real property you are obligated to pay an assessment to a municipality or county for an improvement project undertaken by a public improvement district under Chapter 372, Local Government Code. The assessment may be due annually or in periodic installments. More information concerning the amount of the assessment and the due dates of that assessment may be obtained from the municipality or county levying the assessment. The amount of the assessments is subject to change. Your failure to pay the assessments could result in a lien on and the foreclosure of your property.

(8) TEXAS AGRICULTURAL DEVELOPMENT DISTRICT: The Property ❑ is ❑ is not located in a Texas Agricultural Development District. For additional information, contact the Texas Department of Agriculture.

7. **PROPERTY CONDITION:**
   A. ACCESS, INSPECTIONS AND UTILITIES: Seller shall permit Buyer and Buyer's agents access to the Property at reasonable times. Buyer may have the Property inspected by inspectors selected by Buyer and licensed by TREC or otherwise permitted by law to make inspections. Seller at Seller's expense shall turn on existing utilities for inspections.
   NOTICE: Buyer should determine the availability of utilities to the Property suitable to satisfy Buyer's needs.
   B. ACCEPTANCE OF PROPERTY CONDITION: (Check one box only)
      ☒ (1) Buyer accepts the Property in its present condition.
      ❑ (2) Buyer accepts the Property in its present condition provided Seller, at Seller's expense, shall complete the following specific repairs and treatments: _____
   C. COMPLETION OF REPAIRS: Unless otherwise agreed in writing, Seller shall complete all agreed repairs prior to the Closing Date. All required permits must be obtained, and repairs must be performed by persons who are licensed or otherwise permitted by law to provide such repairs. At Buyer's election, any transferable warranties received by Seller with respect to the repairs will be transferred to Buyer at Buyer's expense. If Seller fails to complete any agreed repairs prior to the Closing Date, Buyer may do so and receive reimbursement from Seller at closing. The Closing Date will be extended up to 15 days, if necessary, to complete repairs.
   D. ENVIRONMENTAL MATTERS: Buyer is advised that the presence of wetlands, toxic substances, including asbestos and wastes or other environmental hazards, or the presence of a threatened or endangered species or its habitat may affect Buyer's intended use of the Property. If Buyer is concerned about these matters, an addendum promulgated by TREC or required by the parties should be used.
   E. SELLER'S DISCLOSURES: Except as otherwise disclosed in this contract, Seller has no knowledge of the following:
      (1) any flooding of the Property;
      (2) any pending or threatened litigation, condemnation, or special assessment affecting the Property;
      (3) any environmental hazards or conditions affecting the Property;
      (4) any dumpsite, landfill, or underground tanks or containers now or previously located on the Property;
      (5) any wetlands, as defined by federal or state law or regulation, affecting the Property; or
      (6) any threatened or endangered species or their habitat affecting the Property.

8. **BROKERS' FEES:** All obligations of the parties for payment of brokers' fees are contained in separate written agreements. *NO BROKER FEES.*

Initialed for Identification by Buyer ____ and Seller ____                    TREC NO. 9-7

Contract Concerning _____ Page 4 of 8  06-30-08
                    (Address of Property)

**9. CLOSING:**
A. The closing of the sale will be on or before _September 28_, 20 _08_, or within 7 days after objections made under Paragraph 6D have been cured or waived, whichever date is later (Closing Date). If either party fails to close the sale by the Closing Date, the non-defaulting party may exercise the remedies contained in Paragraph 15.
B. At closing:
   (1) Seller shall execute and deliver a general warranty deed conveying title to the Property to Buyer and showing no additional exceptions to those permitted in Paragraph 6 and furnish tax statements or certificates showing no delinquent taxes on the Property.
   (2) Buyer shall pay the Sales Price in good funds acceptable to the escrow agent.
   (3) Seller and Buyer shall execute and deliver any notices, statements, certificates, affidavits, releases, loan documents and other documents required of them by this contract, the Commitment or law necessary for the closing of the sale and the issuance of the Title Policy.
   (4) There will be no liens, assessments, or security interests against the Property which will not be satisfied out of the sales proceeds unless securing the payment of any loans assumed by Buyer and assumed loans will not be in default.

**10. POSSESSION:** Seller shall deliver to Buyer possession of the Property in its present or required condition upon closing and funding.

**11. SPECIAL PROVISIONS:** (Insert only factual statements and business details applicable to the sale. TREC rules prohibit licensees from adding factual statements or business details for which a contract addendum or other form has been promulgated by TREC for mandatory use.)

_See attached exhibit "B" - "special provisions"_

_All closing costs at property taxes to be paid by Buyer_

**12. SETTLEMENT AND OTHER EXPENSES:**
A. The following expenses must be paid at or prior to closing:
   (1) Expenses payable by Seller (Seller's Expenses):
      (a) Releases of existing liens, including prepayment penalties and recording fees; release of Seller's loan liability; tax statements or certificates; preparation of deed; one-half of escrow fee; and other expenses payable by Seller under this contract. — _Title policy_ [Paid by Seller]
      (b) Seller shall also pay an amount not to exceed $ _____ to be applied in the following order: Buyer's Expenses which Buyer is prohibited from paying by FHA, VA, Texas Veterans' Land Board or other governmental loan programs, and then to other Buyer's Expenses as allowed by the lender.
   (2) Expenses payable by Buyer (Buyer's Expenses):
      (a) Loan origination, discount, buy-down, and commitment fees (Loan Fees).
      (b) Appraisal fees; loan application fees; credit reports; preparation of loan documents; interest on the notes from date of disbursement to one month prior to dates of first monthly payments; recording fees; copies of easements and restrictions; mortgagee title policy with endorsements required by lender; loan-related inspection fees; photos; amortization schedules; one-half of escrow fee; all prepaid items, including required premiums for flood and hazard insurance, reserve deposits for insurance, ad valorem taxes and special governmental assessments; final compliance inspection; courier fee; repair inspection; underwriting fee; wire transfer fee; expenses incident to any loan; and other expenses payable by Buyer under this contract.
B. Buyer shall pay Private Mortgage Insurance Premium (PMI), VA Loan Funding Fee, or FHA Mortgage Insurance Premium (MIP) as required by the lender.
C. If any expense exceeds an amount expressly stated in this contract for such expense to be paid by a party, that party may terminate this contract unless the other party agrees to pay such excess. Buyer may not pay charges and fees expressly prohibited by FHA, VA, Texas Veterans Land Board or other governmental loan program regulations.

Initialed for identification by Buyer ____ and Seller ____                TREC NO. 9-7

Jl 31 2008 1:54PM                                           818-995-7480        p.1
JUL. 29. 2008  4:39PM    STEWART TITLE    936 441 1744         NO. 7648  P. 11

## Lake Conroe Village
## Lot Grouping

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | Block # | Lot # | Number of Lots in Section | Group No. | Number of Lots |
| 3 | | | | | | |
| 4 | 1 | 1 | 14 | 1 | 1 | 25 |
| 5 | 2 | 1 | 26 | 4 | | |
| 6 | 3 | 1 | 27 | | | |
| 7 | 4 | 1 | 28 | | | |
| 8 | 5 | 1 | 29 | | | |
| 9 | 6 | 1 | 35 | 2 | | |
| 10 | 7 | 1 | 36 | | | |
| 11 | 8 | 2 | 1 | 6 | | |
| 12 | 9 | 2 | 2 | | | |
| 13 | 10 | 2 | 3 | | | |
| 14 | 11 | 2 | 4 | | | |
| 15 | 12 | 2 | 5 | | | |
| 16 | 13 | 2 | 8 | 6 | | |
| 17 | 14 | 2 | 9 | | | |
| 18 | 15 | 2 | 10 | | | |
| 19 | 16 | 2 | 11 | | | |
| 20 | 17 | 2 | 12 | | | |
| 21 | 18 | 2 | 13 | | | |
| 22 | 19 | 3 | 10 | 1 | | |
| 23 | 20 | 3 | 15 | 3 | | |
| 24 | 21 | 3 | 16 | | | |
| 25 | 22 | 3 | 17 | | | |
| 26 | 23 | 3 | 29 | 1 | | |
| 27 | 24 | 3 | 31 | 2 | | |
| 28 | 25 | 3 | 32 | | | |
| 29 | 26 | 7 | 19 | 4 | 6 | 25 |
| 30 | 27 | 7 | 20 | | | |
| 31 | 28 | 7 | 21 | | | |
| 32 | 29 | 7 | 22 | | | |
| 33 | 30 | 7 | 23 | 3 | | |
| 34 | 31 | 7 | 24 | | | |
| 35 | 32 | 7 | 25 | | | |
| 36 | 33 | 7 | 30 | 2 | | |
| 37 | 34 | 7 | 31 | | | |
| 38 | 35 | 7 | 33 | 1 | | |
| 39 | 36 | 7 | 36 | 2 | | |
| 40 | 37 | 7 | 37 | | | |
| 41 | 38 | 7 | 42 | 2 | | |
| 42 | 39 | 7 | 43 | | | |
| 43 | 40 | 7 | 51 | 4 | | |
| 44 | 41 | 7 | 52 | | | |
| 45 | 42 | 7 | 53 | | | |
| 46 | 43 | 7 | 54 | | | |
| 47 | 44 | 7 | 60 | 1 | | |
| 48 | 45 | 7 | 62 | 2 | | |
| 49 | 46 | 7 | 63 | | | |
| 50 | 47 | 7 | 66 | 2 | | |
| 51 | 48 | 7 | 67 | | | |

Exhibit A

EXHIBIT D PAGE 000153

Jul 31 2008 1:55PM    818-995-7480    p.2
JUL. 29. 2008  4:39PM   STEWART TITLE    936 441 1744    NO. 7648   P. 12

Lake Conroe Village
Lot Grouping

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 52 | 49 | 7 | 76 | 2 | | |
| 53 | 50 | 7 | 77 | | | |
| 54 | 51 | 7 | 104 | 4 | 7 | 23 |
| 55 | 52 | 7 | 105 | | | |
| 56 | 53 | 7 | 106 | | | |
| 57 | 54 | 7 | 107 | | | |
| 58 | 55 | 7 | 111 | 1 | | |
| 59 | 56 | 8 | 10 | 3 | | |
| 60 | 57 | 8 | 11 | | | |
| 61 | 58 | 8 | 12 | | | |
| 62 | 59 | 9 | 2 | 4 | | |
| 63 | 60 | 9 | 3 | | | |
| 64 | 61 | 9 | 4 | | | |
| 65 | 62 | 9 | 6 | | | |
| 66 | 63 | 9 | 11 | 2 | | |
| 67 | 64 | 9 | 12 | | | |
| 68 | 65 | 9 | 19 | 1 | | |
| 69 | 66 | 9 | 21 | 2 | | |
| 70 | 67 | 9 | 22 | | | |
| 71 | 68 | 9 | 24 | 2 | | |
| 72 | 69 | 9 | 25 | | | |
| 73 | 70 | 9 | 27 | 1 | | |
| 74 | 71 | 9 | 29 | 3 | | |
| 75 | 72 | 9 | 30 | | | |
| 76 | 73 | 9 | 31 | | | |
| 77 | 74 | 9 | 33 | 2 | 8 | 24 |
| 78 | 75 | 9 | 34 | | | |
| 79 | 76 | 9 | 36 | 4 | | |
| 80 | 77 | 9 | 37 | | | |
| 81 | 78 | 9 | 38 | | | |
| 82 | 79 | 9 | 39 | | | |
| 83 | 80 | 9 | 41 | 6 | | |
| 84 | 81 | 9 | 42 | | | |
| 85 | 82 | 9 | 43 | | | |
| 86 | 83 | 9 | 44 | | | |
| 87 | 84 | 9 | 45 | | | |
| 88 | 85 | 9 | 48 | 1 | | |
| 89 | 86 | 9 | 50 | 7 | | |
| 90 | 87 | 9 | 51 | | | |
| 91 | 88 | 9 | 52 | | | |
| 92 | 89 | 9 | 53 | | | |
| 93 | 90 | 9 | 54 | | | |
| 94 | 91 | 9 | 55 | | | |
| 95 | 92 | 9 | 56 | | | |
| 96 | 93 | 9 | 62 | 5 | | |
| 97 | 94 | 9 | 63 | | | |
| 98 | 95 | 9 | 64 | | | |
| 99 | 96 | 9 | 65 | | | |
| 100 | 97 | 9 | 66 | | | |
| 101 | 98 | 9 | 77 | 1 | 9 | 25 |
| 102 | 99 | 9 | 86 | 2 | | |

EXHIBIT D PAGE 000154

Jul 31 2008 1:55PM    818-995-7480    p.3
JUL. 29, 2008  4:39PM   STEWART TITLE   936 441 1744   NO. 7648  P. 13

## Lake Conroe Village
### Lot Grouping

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| 103 | 100 | 9 | 87 | | | |
| 104 | 101 | 9 | 89 | 1 | | |
| 105 | 102 | 9 | 97 | 2 | | |
| 106 | 103 | 9 | 98 | | | |
| 107 | 104 | 10 | 5 | 1 | | |
| 108 | 105 | 10 | 6 | 1 | | |
| 109 | 106 | 10 | 9 | 1 | | |
| 110 | 107 | 10 | 16 | 1 | | |
| 111 | 108 | 11 | 2 | 5 | | |
| 112 | 109 | 11 | 3 | | | |
| 113 | 110 | 11 | 4 | | | |
| 114 | 111 | 11 | 5 | | | |
| 115 | 112 | 11 | 6 | | | |
| 116 | 113 | 11 | 8 | 6 | | |
| 117 | 114 | 11 | 9 | | | |
| 118 | 115 | 11 | 10 | | | |
| 119 | 116 | 11 | 11 | | | |
| 120 | 117 | 11 | 12 | | | |
| 121 | 118 | 11 | 13 | | | |
| 122 | 119 | 11 | 15 | 4 | | |
| 123 | 120 | 11 | 16 | | | |
| 124 | 121 | 11 | 17 | | | |
| 125 | 122 | 11 | 18 | | | |
| 126 | 123 | 12 | 27 | 3 | 12 | 24 |
| 127 | 124 | 12 | 28 | | | |
| 128 | 125 | 12 | 29 | | | |
| 129 | 126 | 12 | 32 | 4 | | |
| 130 | 127 | 12 | 33 | | | |
| 131 | 128 | 12 | 34 | | | |
| 132 | 129 | 12 | 35 | | | |
| 133 | 130 | 12 | 38 | 30·24  5 | | |
| 134 | 131 | 12 | 39 | 21·24 | | |
| 135 | 132 | 12 | 53 | | | |
| 136 | 133 | 12 | 54 | | | |
| 137 | 134 | 12 | 55 | | | |
| 138 | 135 | 12 | 56 | 1 | | |
| 139 | 136 | 12 | 58 | 2 | | |
| 140 | 137 | 12 | 59 | | | |
| 141 | 138 | 12 | 62 | 1 | | |
| 142 | 139 | 12 | 68 | 4 | | |
| 143 | 140 | 12 | 69 | | | |
| 144 | 141 | 12 | 70 | | | |
| 145 | 142 | 12 | 71 | | | |
| 146 | 143 | 13 | 10 | 4 | | |
| 147 | 144 | 13 | 11 | | | |
| 148 | 145 | 13 | 12 | | | |
| 149 | 146 | 13 | 13 | | | |
| 150 | 147 | 12 | 76 | 8 | 13 | 23 |
| 151 | 148 | 12 | 77 | | | |
| 152 | 149 | 12 | 78 | | | |
| 153 | 150 | 12 | 79 | | | |

818-995-7480
EXHIBIT D PAGE 000155

Lake Conroe Village
Lot Grouping

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | 154 | 151 | 12 | 80 | | |
| | 155 | 152 | 12 | 81 | | |
| | 156 | 153 | 12 | 82 | | |
| | 157 | 154 | 12 | 83 | | |
| | 158 | 155 | 12 | 85 | 1 | |
| | 159 | 156 | 13 | 4 | 2 | |
| | 160 | 157 | 13 | 5 | | |
| | 161 | 158 | 13 | 7 | 2 | |
| | 162 | 159 | 13 | 8 | | |
| | 163 | 160 | 13 | 15 | 6 | |
| | 164 | 161 | 13 | 16 | | |
| | 165 | 162 | 13 | 17 | | |
| | 166 | 163 | 13 | 18 | | |
| | 167 | 164 | 13 | 19 | | |
| | 168 | 165 | 13 | 20 | | |
| | 169 | 166 | 13 | 53 | 4 | |
| | 170 | 167 | 13 | 54 | | |
| | 171 | 168 | 13 | 55 | | |
| | 172 | 169 | 13 | 56 | | |
| | 173 | 170 | 13 | 31 | 5 | 14 | 23 |
| | 174 | 171 | 13 | 32 | | |
| | 175 | 172 | 13 | 33 | | |
| | 176 | 173 | 13 | 34 | | |
| | 177 | 174 | 13 | 35 | | |
| | 178 | 175 | 13 | 45 | 5 | |
| | 179 | 176 | 13 | 46 | | |
| | 180 | 177 | 13 | 47 | | |
| | 181 | 178 | 13 | 48 | | |
| | 182 | 179 | 13 | 49 | | |
| | 183 | 180 | 13 | 25 | 2 | |
| | 184 | 181 | 13 | 26 | | |
| | 185 | 182 | 13 | 69 | 1 | |
| | 186 | 183 | 13 | 71 | 5 | |
| | 187 | 184 | 13 | 72 | | |
| | 188 | 185 | 13 | 73 | | |
| | 189 | 186 | 13 | 74 | | |
| | 190 | 187 | 13 | 75 | | |
| | 191 | 188 | 14 | 5 | 2 | |
| | 192 | 189 | 14 | 6 | | |
| | 193 | 190 | 14 | 16 | 3 | |
| | 194 | 191 | 14 | 17 | | |
| | 195 | 192 | 14 | 18 | | |
| | 196 | 193 | 13 | 66 | 2 | 15 | 24 |
| | 197 | 194 | 13 | 67 | | |
| | 198 | 195 | 14 | 30 | 1 | |
| | 199 | 196 | 14 | 40 | 2 | |
| | 200 | 197 | 14 | 41 | | |
| | 201 | 198 | 14 | 43 | 2 | |
| | 202 | 199 | 14 | 44 | | |
| | 203 | 200 | 14 | 45 | 1 | |
| | 204 | 201 | 14 | 46 | 1 | |

Lake Conroe Village
Lot Grouping

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| 205 | 202 | 14 | 52 | 6 | | |
| 206 | 203 | 14 | 53 | | | |
| 207 | 204 | 14 | 54 | | | |
| 208 | 205 | 14 | 55 | | | |
| 209 | 206 | 14 | 56 | | | |
| 210 | 207 | 14 | 57 | | | |
| 211 | 208 | 14 | 58 | 2 | | |
| 212 | 209 | 14 | 60 | | | |
| 213 | 210 | 14 | 66 | 4 | | |
| 214 | 211 | 14 | 67 | | | |
| 215 | 212 | 14 | 68 | | | |
| 216 | 213 | 14 | 69 | | | |
| 217 | 214 | 16 | 5 | 3 | | |
| 218 | 215 | 16 | 6 | | | |
| 219 | 216 | 16 | 7 | | | |
| 220 | 217 | 15 | 3 | 8 | 16 | 23 |
| 221 | 218 | 15 | 4 | | | |
| 222 | 219 | 15 | 5 | | | |
| 223 | 220 | 15 | 6 | | | |
| 224 | 221 | 15 | 7 | | | |
| 225 | 222 | 15 | 8 | | | |
| 226 | 223 | 15 | 9 | | | |
| 227 | 224 | 15 | 10 | | | |
| 228 | 225 | 15 | 13 | 4 | | |
| 229 | 226 | 15 | 14 | | | |
| 230 | 227 | 15 | 15 | | | |
| 231 | 228 | 15 | 16 | | | |
| 232 | 229 | 16 | 9 | 2 | | |
| 233 | 230 | 16 | 10 | | | |
| 234 | 231 | 16 | 14 | 2 | | |
| 235 | 232 | 16 | 15 | | | |
| 236 | 233 | 16 | 17 | 7 | | |
| 237 | 234 | 16 | 18 | | | |
| 238 | 235 | 16 | 19 | | | |
| 239 | 236 | 16 | 20 | | | |
| 240 | 237 | 16 | 21 | | | |
| 241 | 238 | 16 | 22 | | | |
| 242 | 239 | 16 | 23 | | | |
| 243 | 240 | 16 | 35 | 3 | 17 | 23 |
| 244 | 241 | 16 | 36 | | | |
| 245 | 242 | 16 | 37 | | | |
| 246 | 243 | 16 | 40 | 1 | | |
| 247 | 244 | 16 | 42 | 2 | | |
| 248 | 245 | 16 | 43 | | | |
| 249 | 246 | 16 | 45 | 7 | | |
| 250 | 247 | 16 | 46 | | | |
| 251 | 248 | 16 | 47 | | | |
| 252 | 249 | 16 | 48 | | | |
| 253 | 250 | 16 | 49 | | | |
| 254 | 251 | 16 | 50 | | | |
| 255 | 252 | 16 | 51 | | | |

Jul 31 2008 1:55PM    818-995-7480    p.6

JUL. 29. 2008 4:39PM   STEWART TITLE   936 441 1744   NO. 7648   P. 16

## Lake Conroe Village
### Lot Grouping

| A | B | C | D | | E | F |
|---|---|---|---|---|---|---|
| 256 | 253 | 16 | 53 | 2 | | |
| 257 | 254 | 16 | 54 | | | |
| 258 | 255 | 16 | 56 | 2 | | |
| 259 | 256 | 16 | 57 | | | |
| 260 | 257 | 16 | 59 | 6 | | |
| 261 | 258 | 16 | 60 | | | |
| 262 | 259 | 16 | 61 | | | |
| 263 | 260 | 16 | 62 | | | |
| 264 | 261 | 16 | 63 | | | |
| 265 | 262 | 16 | 64 | | | |
| 266 | 263 | 20 | 1 | 47.20  5 | 21 | 22 |
| 267 | 264 | 20 | 2 | 20.20 | | |
| 268 | 265 | 20 | 3 | 20.20 | | |
| 269 | 266 | 20 | 4 | 20.20 | | |
| 270 | 267 | 20 | 5 | 30.20 | | |
| 271 | 268 | 20 | 9 | 108.20  1 | | |
| 272 | 269 | 20 | 11 | 102.20  2 | | |
| 273 | 270 | 20 | 12 | 120.71 | | |
| 274 | 271 | 20 | 22 | 4 | | |
| 275 | 272 | 20 | 23 | | | |
| 276 | 273 | 20 | 24 | | | |
| 277 | 274 | 20 | 25 | | | |
| 278 | 275 | 20 | 30 | 1 | | |
| 279 | 276 | 20 | 35 | 2 | | |
| 280 | 277 | 20 | 36 | | | |
| 281 | 278 | 20 | 38 | 1 | | |
| 282 | 279 | 20 | 46 | 2 | | |
| 283 | 280 | 20 | 47 | | | |
| 284 | 281 | 20 | 57 | 20.93  1 | | |
| 285 | 282 | 20 | 59 | 20.97  1 | | |
| 286 | 283 | 20 | 61 | 20.100  1 | | |
| 287 | 284 | 20 | 64 | 20.106  1 | | |
| 288 | 285 | 20 | 71 | 20.20  1 | 22 | 23 |
| 289 | 286 | 20 | 73 | 20.20  1 | | |
| 290 | 287 | 21 | 1 | 10 | | |
| 291 | 288 | 21 | 2 | | | |
| 292 | 289 | 21 | 3 | | | |
| 293 | 290 | 21 | 4 | | | |
| 294 | 291 | 21 | 5 | | | |
| 295 | 292 | 21 | 6 | | | |
| 296 | 293 | 21 | 7 | | | |
| 297 | 294 | 21 | 8 | | | |
| 298 | 295 | 21 | 9 | | | |
| 299 | 296 | 21 | 10 | | | |
| 300 | 297 | 22 | 3 | 7 | | |
| 301 | 298 | 22 | 4 | | | |
| 302 | 299 | 22 | 5 | | | |
| 303 | 300 | 22 | 6 | | | |
| 304 | 301 | 22 | 7 | | | |
| 305 | 302 | 22 | 8 | | | |
| 306 | 303 | 22 | 9 | | | |

**Lake Conroe Village**
**Lot Grouping**

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| 307 | 304 | 22 | 16 | 2 | | |
| 308 | 305 | 22 | 19 | | | |
| 309 | 306 | 22 | 23 | 2 | | |
| 310 | 307 | 22 | 24 | | | |
| 311 | 308 | 22 | 29 | 2 | 23 | 23 |
| 312 | 309 | 22 | 30 | | | |
| 313 | 310 | 22 | 33 | 2 | | |
| 314 | 311 | 22 | 34 | | | |
| 315 | 312 | 22 | 39 | 2 | | |
| 316 | 313 | 22 | 40 | | | |
| 317 | 314 | 22 | 43 | 1 | | |
| 318 | 315 | 22 | 46 | 1 | | |
| 319 | 316 | 22 | 52 | 1 | | |
| 320 | 317 | 22 | 57 | 6 | | |
| 321 | 318 | 22 | 58 | | | |
| 322 | 319 | 22 | 59 | | | |
| 323 | 320 | 22 | 60 | | | |
| 324 | 321 | 22 | 61 | | | |
| 325 | 322 | 22 | 62 | | | |
| 326 | 323 | 23 | 2 | 6 | | |
| 327 | 324 | 23 | 3 | | | |
| 328 | 325 | 23 | 4 | | | |
| 329 | 326 | 23 | 5 | | | |
| 330 | 327 | 23 | 6 | | | |
| 331 | 328 | 23 | 7 | | | |
| 332 | 329 | 23 | 9 | 2 | | |
| 333 | 330 | 23 | 10 | | | |
| 334 | 331 | 23 | 12 | 2 | 24 | 24 |
| 335 | 332 | 23 | 13 | | | |
| 336 | 333 | 23 | 16 | 1 | | |
| 337 | 334 | 23 | 17 | 10 | | |
| 338 | 335 | 23 | 18 | | | |
| 339 | 336 | 23 | 19 | | | |
| 340 | 337 | 23 | 20 | | | |
| 341 | 338 | 23 | 21 | | | |
| 342 | 339 | 23 | 22 | | | |
| 343 | 340 | 23 | 23 | | | |
| 344 | 341 | 23 | 24 | | | |
| 345 | 342 | 23 | 25 | | | |
| 346 | 343 | 23 | 26 | | | |
| 347 | 344 | 23 | 28 | 2 | | |
| 348 | 345 | 23 | 29 | | | |
| 349 | 346 | 24 | 3 | 6 | | |
| 350 | 347 | 24 | 4 | | | |
| 351 | 348 | 24 | 5 | | | |
| 352 | 349 | 24 | 6 | | | |
| 353 | 350 | 24 | 7 | | | |
| 354 | 351 | 24 | 8 | | | |
| 355 | 352 | 24 | 12 | 3 | | |
| 356 | 353 | 24 | 13 | | | |
| 357 | 354 | 24 | 14 | | | |

**Lake Conroe Village**
**Lot Grouping**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 358 | 355 | 24 | 16 | 6 | 26 | 23 |
| 359 | 356 | 24 | 17 | | | |
| 360 | 357 | 24 | 18 | | | |
| 361 | 358 | 24 | 19 | | | |
| 362 | 359 | 24 | 20 | | | |
| 363 | 360 | 24 | 21 | | | |
| 364 | 361 | 25 | 3 | 6 | | |
| 365 | 362 | 25 | 4 | | | |
| 366 | 363 | 25 | 5 | | | |
| 367 | 364 | 25 | 6 | | | |
| 368 | 365 | 25 | 7 | | | |
| 369 | 366 | 25 | 8 | | | |
| 370 | 367 | 25 | 10 | 3 | | |
| 371 | 368 | 25 | 11 | | | |
| 372 | 369 | 25 | 12 | | | |
| 373 | 370 | 25 | 16 | 4 | | |
| 374 | 371 | 25 | 17 | | | |
| 375 | 372 | 25 | 18 | | | |
| 376 | 373 | 25 | 19 | | | |
| 377 | 374 | 25 | 26 | 4 | | |
| 378 | 375 | 25 | 27 | | | |
| 379 | 376 | 25 | 28 | | | |
| 380 | 377 | 25 | 29 | | | |
| 381 | 378 | 26 | 22 | 2 | 27 | 24 |
| 382 | 379 | 26 | 23 | | | |
| 383 | 380 | 26 | 24 | 4 | | |
| 384 | 381 | 26 | 25 | | | |
| 385 | 382 | 26 | 26 | | | |
| 386 | 383 | 26 | 27 | | | |
| 387 | 384 | 27 | 6 | 3 | | |
| 388 | 385 | 27 | 7 | | | |
| 389 | 386 | 27 | 8 | | | |
| 390 | 387 | 27 | 11 | 4 | | |
| 391 | 388 | 27 | 12 | | | |
| 392 | 389 | 27 | 13 | | | |
| 393 | 390 | 27 | 14 | | | |
| 394 | 391 | 27 | 25 | 3 | | |
| 395 | 392 | 27 | 26 | | | |
| 396 | 393 | 27 | 27 | | | |
| 397 | 394 | 27 | 29 | 5 | | |
| 398 | 395 | 27 | 30 | | | |
| 399 | 396 | 27 | 31 | | | |
| 400 | 397 | 27 | 32 | | | |
| 401 | 398 | 27 | 33 | | | |
| 402 | 399 | 27 | 36 | 1 | | |
| 403 | 400 | 28 | 41 | 2 | | |
| 404 | 401 | 28 | 42 | | | |
| 405 | 402 | 28 | 2 | 4 | 26 | 23 |
| 406 | 403 | 28 | 3 | | | |
| 407 | 404 | 28 | 6 | | | |
| 408 | 405 | 28 | 7 | | | |

Inventory of lots to be included in this sale;

All lots included in the attached Exhibit entitled "Lake Conroe Village, Lot Grouping"
With the exception of the following lots;

| BLOCK | LOT |
|---|---|
| 27 | 36 |
| 15 | 111 |
| 22 | 16,19,43,46 |
| 12 | 39,62 |
| 9 | 6,19,77 |
| 1 | 14 |
| 3 | 10 |
| 7 | 60, 111 |

*[signature]*

FILED FOR RECORD

2008 DEC -2 PM 4: 16

*[signature]*
COUNTY CLERK
MONTGOMERY COUNTY TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in
File Number Sequence on the date and at the time
stamped herein by me and was duly RECORDED in
the Official Public Records of Real Property at
Montgomery County, Texas

DEC - 2 2008

*[signature]* Mark Turnbull
County Clerk
Montgomery County, Texas

Exhibit A