1  BENJAMIN S. SEIGEL (SBN 59992)
   MICHAEL L. WACHTELL (SBN 47218)
2  AUSTIN K. BARRON (SBN 204452)
   MATTHEW SEROR (SBN 235043)
3  BUCHALTER NEMER
   A Professional Corporation
4  1000 Wilshire Blvd., 15th Floor
   Los Angeles, California 90017
5  Telephone: (213) 891-0700
   Facsimile: (213) 896-0400
6  Email: bseigel@buchalter.com

7  Counsel for David Seror, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re: | Case No: 1:09-bk-12032-MT |
|---|---|
| DOUBLE S DEVELOPMENT LLP, | Chapter 7 |
| Debtor. | **DECLARATION OF BENJAMIN S. SEIGEL IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH SALE OF DEBTOR'S INTEREST IN CERTAIN RESIDENTIAL REAL PROPERTY; (B) AUTHORIZING THE SALE ON AN AS-IS, WHERE-IS BASIS; AND (C) GRANTING RELATED RELIEF** |
|  | Auction and Sale Hearing Date: |
|  | Date:  August 30, 2012<br>Time:  11:00 a.m.<br>Place: Courtroom 302<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367 |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 11876221v1                    1

**DECLARATION OF BENJAMIN S. SEIGEL**

# DECLARATION OF BENJAMIN S. SEIGEL

I, Benjamin S. Seigel, declare as follows:

1.  I am an attorney at law duly licensed to practice law in the State of California. I am admitted to practice in the United States District Court for the Central District of California, including the Bankruptcy Court therein, as well as all other District Courts in the State of California. I am admitted to practice before the United States Supreme Court, the Tax Court and the Claims Court.

2.  I have been engaged in the practice of law since 1974 with primary emphasis in the area of business reorganizations and bankruptcy and have been involved in numerous bankruptcy proceedings where the principal asset of the debtor has been real property. My firm is counsel to the Trustee in the Chapter 7 Bankruptcy proceedings of Double S Development LLC.

3.  The principal asset of that bankruptcy estate is certain real property located in the City of Conroe, Montgomery County, Texas. The property consists of a development known as Lake Conroe Village, which is located north of Houston, Texas.

4.  On December 21, 2009, as counsel to the Trustee, I visited the Lake Conroe Village development, together with two local developers, Bruce Allegar and Phillip Grey. It is a mobile home park with numerous undeveloped as well developed lots. Attached are photographs taken by me on December 21, 2009 and described as follows:

Exhibit 1:    An example of a developed lot containing what appears to be a double wide mobile home.

Exhibit 2:    A developed lot with a mobile home. The structure goes from one side of the property line to the other. That is the case with many of the developed lots. It appears that the lots were intended for mobile homes similar to the one shown in Exhibit 2.

Exhibit 3:    A view of some developed lots and one of the roads going through the development. On the left side of the photo is a partial view of an undeveloped corner lot.

Exhibit 4:    Another developed lot utilizing the entire width of the property.

Exhibit 5:    A two-story home on a single lot, again, extending from property line to property line.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

Exhibit 6:    One of the undeveloped lots and in the background is the fence surrounding a community swimming pool.

Exhibit 7:    Several undeveloped lots and a fenced in area intended for use as a tennis court. There appears to have been no further development of that area.

Exhibit 8:    An undeveloped lot on the left side of the photograph with a developed lot with a very large structure constructed on it.

Exhibit 9:    An undeveloped lot on the foreground and a developed lot to the rear, which appears to have two structures placed upon it and another two developed lots with small structures on them.

Exhibit 10:    Three developed lots with various structures places on them.

Exhibit 11:    Another developed lot with a completed structure.

Exhibit 12:    A view of one of the community swimming pools. The water appears to be highly polluted and the grounds unkempt.

Exhibit 13:    A view of developed lots on the left side of the pictured road and undeveloped lots with trees on both sides of the road.

Exhibit 14:    A view of one of the community swimming pools that is unkempt and overgrown with brush.

Exhibit 15:    A view of a community swimming pool that appears to be highly polluted.

Exhibit 16:    Several undeveloped lots and one of the roads going through the development.

Exhibit 17:    Undeveloped and developed lots in the project.

Exhibit 18:    The entry to the development pointing to the information center. At the time of my visit it appeared that the information center had been unoccupied for a long period of time.

Exhibit 19:    Main entry into the development with a developed lot to the immediate right to the entry.

Exhibit 20:    Main entrance to the project.

Exhibit 21:    Undeveloped lot with a water storage tank on the right side.

Exhibit 22:   Water Storage Tank

Exhibit 23:   An undeveloped lot.

Exhibit 24:   An undeveloped lot.

Exhibit 25:   A developed lot.

Exhibit 26:   The highway outside the development. On the left side of the road is the location of the commercial lots which are not part of the group of residential lots being sold by the Trustee in this proceeding.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on this 3rd day of August, 2012.

_____
BENJAMIN S. SEIGEL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BENJAMIN S. SEIGEL IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER (A) APPROVING SALE PROCEDURES IN CONNECTION WITH SALE OF DEBTOR'S INTEREST IN CERTAIN RESIDENTIAL REAL PROPERTY; (B) AUTHORIZING THE SALE ON AN AS-IS, WHERE-IS BASIS; AND (C) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 6, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond H Aver    ray@averlaw.com
Austin K Barron    abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
John P Dillman    houston_bankruptcy@publicans.com
John W Kim    jkim@nossaman.com
Dennis E Mcgoldrick    dmcgoldricklaw@yahoo.com
Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
David Seror (TR)    kpscion@ebg-law.com, dseror@ecf.epiqsystems.com
David R Silberstein    , drs1@pacbell.net
Gerald N Silver    silverlawoffice@sbcglobal.net
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  **August 6, 2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2012 | Teri Carson | /s/ Teri Carson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL**:

Hon. Maureen A. Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367-6606

Debtor
Double S Development LLP
P.O. BOX 260040
Encino, CA 91426

Interested Parties
Craig R. Smith, Esq.
Smith Law Firm
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367

Larry Cooley
3832 North Shasta Loop
Eugene, Oregon 97405

DREAMSCAPE LAND DEVELOPMENT INC.
Bruce Allegar, Attorney at Law
P.O. Box 2334
Conroe, Texas 77305

LCV Properties, LLC
c/o Ron Regwan
1875 Century Park East, Suite 700
Los Angeles, California 90067

Creditors
ANTHONY OTRANDO
POB 7193
PORTER RANCH CA 91327

BERT SCHREIBER
4724 PARK JACARANDA
CALABASAS CA 91302

CONROE INVESTORS LTD
POB 7193
PORTER RANCH CA 91327

CONROE INVESTORS LTD.
c/o RICHARD J. SEGAL
POB 7193
PORTER RANCH CA 91327

David Silberstein
c/o Syndicate Exchange Corp
PO Box 260040
Encino CA 91426-0040

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

David Silberstein
PO Box 260040
Encino CA 91426-0040

FRANCHISE TAX BOARD
BANKRUPTCY UNIT
PO BOX 2952 MAIL STOP A-340
SACRAMENTO CA 95812-2952

GREENTONE LLC
RICHARD J SEGAL
POB 7193
PORTER RANCH CA 91327

INTERNAL REVENUE SERVICES
PO BOX 21126
PHILADELPHIA PA 19114

LARRY COOLEY
PO BOX 50655
EUGENE OR 97405

Montgomery County
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
POB 3064
Houston, TX 77253-

RJS LTD
RICHARD J SEGAL
PO BOX 7193
PORTER RANCH CA 91327

RMP REALTY LLC
RICHARD J SEGAL
POB 7193
PORTER RANCH CA 91327

RPM REALTY LLC
POB 7193
PORTER RANCH CA 91327

Sandra Silberstein
c/o Lisa Silberstein
PO Box 260040
Encino CA 91426-0040

Sandra Silberstein
PO Box 260040
Encino CA 91426-0040

SEJAC PARTNERS LTD
RICHARD J SEGAL
POB 7193
PORTER RANCH CA 91327

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

STEPHEN FADEN
7100 HAYVENHURST AVE PENTHSE C
VAN NUYS CA 91406

SYNDICATE EXCHANGE CORPORATION
PO BOX 260040
ENCINO CA 91426-0040

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**