# EXHIBIT 1



# __EXHIBIT 2__



# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5

