# EXHIBIT 6

# EXHIBIT 7



Case 1:09-bk-12032-MT    Doc 169-2    Filed 08/06/12    Entered 08/06/12 11:44:11    Desc
Exhibit 6-10    Page 4 of 10

# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10

