# **EXHIBIT 11**



# **EXHIBIT 12**



# **EXHIBIT 13**

Case 1:09-bk-12032-MT Doc 169-3 Filed 08/06/12 Entered 08/06/12 11:44:11 Desc
Exhibit 11-15 Page 6 of 10



# **EXHIBIT 14**



# **<u>EXHIBIT 15</u>**

Case 1:09-bk-12032-MT    Doc 169-3    Filed 08/06/12    Entered 08/06/12 11:44:11    Desc
Exhibit 11-15    Page 10 of 10

