# EXHIBIT 16



# EXHIBIT 17



# EXHIBIT 18



# EXHIBIT 19



# EXHIBIT 20

