# **EXHIBIT 21**

<-_-></-_->


# **EXHIBIT 22**

                        Exhibit 21-26    Page 4 of 12



# **EXHIBIT 23**



# **EXHIBIT 24**



# **EXHIBIT 25**



# **EXHIBIT 26**

