| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BENJAMIN S. SEIGEL (SBN: 59992)<br>MATTHEW SEROR (SBN: 235043)<br>BUCHALTER NEMER, A Professional Corporation<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017<br>Telephone: (213) 891-0700 Facsimile: (213) 896-0400<br>Email: bseigel@buchalter.com; mseror@buchalter.com | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>DOUBLE S DEVELOPMENT LLP,<br><br>Debtor(s). | CASE NO.: 1:09-bk-12032MT |

# NOTICE OF SALE OF ESTATE PROPERTY

| | |
|---|---|
| **Sale Date:** 8/30/12 | **Time:** 2:00 p.m. |
| **Location:** 21041 Burbank Blvd., Courtroom 302, Woodland Hills, CA 91367 | |

Type of Sale: ☑ Public ☐ Private

Last date to file objections: 8/16/12

Description of Property to be Sold: The estate's interest in 494 residential lots located in the Lake Conroe Village Development located in the city of Conroe, county of Montgomery, Texas. The exact legal description of the residential lots to be sold is attached as Exhibit A to the Declaration of David Seror filed on August 6, 2012 in support of the trustee's motion to sell [case docket entry no. 168].

Terms and Conditions of Sale: Buyer to purchase all of the estate's interest in the residential lots on an "AS IS, WHERE IS" basis with no representations or warranties. Purchase price to be paid as follows: $150 per lot paid in cash at closing and $1,350 per lot to be paid pursuant to Promissory Note issued to estate by buyer. Obligations under Promissory Note secured by Deed of Trust over lots sold and guaranteed by buyer personally. Sale will be free and clear of certain claims, liens, interests and encumbrances pursuant to 11 U.S.C. section 363(d).

Proposed Sale Price: $1,500 per lot sold

Overbid Procedure (If Any): Overbids must be deemed financially qualified; any overbid must be for at least $10,000.00 more than price set forth in agreement or prior overbid and other terms must be at least as favorable.

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

Matthew Seror
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017
Telephone: (213) 891-5731 Facsimile: (213) 896-0400
Email: mseror@buchalter.com

Date: 8/9/12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1000 Wilshire Blvd, Ste. 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*):**NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 9, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond H Aver     ray@averlaw.com
Austin K Barron     abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
John P Dillman     houston_bankruptcy@publicans.com
John W Kim     jkim@nossaman.com
Dennis E Mcgoldrick     dmcgoldricklaw@yahoo.com
Benjamin Seigel     bseigel@buchalter.com, IFS_filing@buchalter.com
David Seror (TR)     kpscion@ebg-law.com, dseror@ecf.epiqsystems.com
David R Silberstein     , drs1@pacbell.net
Gerald N Silver     silverlawoffice@sbcglobal.net
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
Angella D Yates     ayates@buchalter.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 9, 2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 9, 2012 | Teri Carson | /s/ Teri Carson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
BN 12168878v1

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

Hon. Maureen A. Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd., Room 325
Woodland Hills, CA 91367-6606

Debtor
Double S Development LLP
P.O. BOX 260040
Encino, CA 91426

Interested Parties
Craig R. Smith, Esq.
Smith Law Firm
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367

Larry Cooley
3832 North Shasta Loop
Eugene, Oregon 97405

DREAMSCAPE LAND DEVELOPMENT INC.
Bruce Allegar, Attorney at Law
P.O. Box 2334
Conroe, Texas 77305

LCV Properties, LLC
c/o Ron Regwan
1875 Century Park East, Suite 700

Keith Raybon
24624 I-45 N. Ste. 200
The Woodlands, TX 77386

**Creditors:**

ANTHONY OTRANDO
POB 7193
PORTER RANCH CA 91327

BERT SCHREIBER
4724 PARK JACARANDA
CALABASAS CA 91302

CONROE INVESTORS LTD
POB 7193
PORTER RANCH CA 91327

CONROE INVESTORS LTD.
c/o RICHARD J. SEGAL
POB 7193
PORTER RANCH CA 91327

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
BN 12168878v1

**F 9013-3.1.PROOF.SERVICE**

David Silberstein
c/o Syndicate Exchange Corp
PO Box 260040
Encino CA 91426-0040

David Silberstein
PO Box 260040
Encino CA 91426-0040

FRANCHISE TAX BOARD
BANKRUPTCY UNIT
PO BOX 2952 MAIL STOP A-340
SACRAMENTO CA 95812-2952

GREENTONE LLC
RICHARD J SEGAL
POB 7193
PORTER RANCH CA 91327

INTERNAL REVENUE SERVICES
PO BOX 21126
PHILADELPHIA PA 19114

LARRY COOLEY
PO BOX 50655
EUGENE OR 97405

Montgomery County
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
POB 3064
Houston, TX 77253

RJS LTD
RICHARD J SEGAL
PO BOX 7193
PORTER RANCH CA 91327

RMP REALTY LLC
RICHARD J SEGAL
POB 7193
PORTER RANCH CA 91327

RPM REALTY LLC
POB 7193
PORTER RANCH CA 91327

Sandra Silberstein
c/o Lisa Silberstein
PO Box 260040
Encino CA 91426-0040

Sandra Silberstein
PO Box 260040
Encino CA 91426-0040

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

SEJAC PARTNERS LTD
RICHARD J SEGAL
POB 7193
PORTER RANCH CA 91327

STEPHEN FADEN
7100 HAYVENHURST AVE PENTHSE C
VAN NUYS CA 91406

SYNDICATE EXCHANGE CORPORATION
PO BOX 260040
ENCINO CA 91426-0040

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
BN 12168878v1

**F 9013-3.1.PROOF.SERVICE**