**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re: DOUBLE S DEVELOPMENT LLP § Case No. 1:09-bk-12032-MT
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David Seror, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $500.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $83,491.42 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $685,384.68 | | |

3) Total gross receipts of $768,876.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $768,876.10 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $42,422.45 | $37,296.35 | $5,141.30 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $702,737.94 | $685,384.68 | $685,384.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $10,059.59 | $6,798.45 | $6,798.45 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $800,000.00 | $7,785,085.89 | $7,784,207.03 | $71,551.67 |
| **TOTAL DISBURSEMENTS** | $800,000.00 | $8,540,305.87 | $8,513,686.51 | $768,876.10 |

4) This case was originally filed under chapter 7 on 02/25/2009. The case was pending for 113 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2018

By: /s/ David Seror
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PROMISSORY NOTE & DEED OF TRUST - RESID. LOTS | 1210-000 | $470,000.00 |
| PROMISSORY NOTE ON COMMERCIAL LOTS | 1221-000 | $250,000.00 |
| RESIDENTIAL PROPERTY - 494 LOTS | 1210-000 | $4,582.56 |
| REFUND FROM MID SOUTH SYNERGY | 1290-000 | $11.22 |
| INTEREST (u) | 1270-000 | $44,282.32 |
| **TOTAL GROSS RECEIPTS** | | **$768,876.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | MONTGOMERY COUNTY | 4800-070 | $0.00 | $37,296.35 | $37,296.35 | $5,141.30 |
| 16-2 | MONTGOMERY COUNTY | 4800-070 | NA | $2,127.00 | $0.00 | $0.00 |
| 18-2 | MONTGOMERY COUNTY | 4800-070 | NA | $2,999.10 | $0.00 | $0.00 |
| N/F | - ACCOUNT NO. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | 1 1 ACCOUNT NO. | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$0.00** | **$42,422.45** | **$37,296.35** | **$5,141.30** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David Seror | 2100-000 | NA | $41,693.80 | $41,693.80 | $41,693.80 |
| Trustee, Expenses - David Seror | 2200-000 | NA | $3,234.39 | $3,234.39 | $3,234.39 |
| Attorney for Trustee Fees - U.S. BANKRUPTCY COURT | 3110-000 | NA | $500.00 | $500.00 | $500.00 |
| Bond Payments - INTERNATIONAL SURETIES LTD | 2300-000 | NA | $292.10 | $292.10 | $292.10 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $0.01 | $0.01 | $0.01 |
| Banking and Technology Service Fee - BANK OF AMERICA | 2600-000 | NA | $0.12 | $0.12 | $0.12 |
| Banking and Technology Service Fee - Bank of America | 2600-000 | NA | $0.01 | $0.01 | $0.01 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $11,095.36 | $11,095.36 | $11,095.36 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $27,199.69 | $9,846.43 | $9,846.43 |
| Attorney for Trustee Fees (Other Firm) - BUCHALTER NEMER | 3210-000 | NA | $548,484.00 | $548,484.00 | $423,484.00 |
| Attorney for Trustee Fees (Other Firm) - BUCHALTER NEMER, A PROFESSIONAL CORPORATION - BUCHALTER NEMER | 3210-000 | NA | NA | NA | $125,000.00 |
| Special Counsel for Trustee Fees - KANE RUSSELL COLEMAN & LOGAN | 3210-600 | NA | $37,436.50 | $37,436.50 | $37,436.50 |
| Attorney for Trustee Expenses (Other Firm) - BUCHALTER NEMER | 3220-000 | NA | $5,425.94 | $5,425.94 | $5,425.94 |
| Special Counsel for Trustee Expenses - KANE RUSSELL COLEMAN & LOGAN | 3220-610 | NA | $2,502.44 | $2,502.44 | $2,502.44 |
| Accountant for Trustee Fees (Other Firm) - GROBSTEIN TEEPLE, LLP | 3410-000 | NA | $24,818.50 | $24,818.50 | $24,818.50 |
| Accountant for Trustee Expenses (Other Firm) - GROBSTEIN TEEPLE, LLP | 3420-000 | NA | $55.08 | $55.08 | $55.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$702,737.94** | **$685,384.68** | **$685,384.68** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009A | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $6,798.45 | $6,798.45 | $6,798.45 |
| 000017 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $3,261.14 | $0.00 | $0.00 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $10,059.59 | $6,798.45 | $6,798.45 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | RPM REALTY LLC | 7100-000 | $0.00 | $44,500.00 | $44,500.00 | $0.00 |
| 000002 | SEJAC PARTNERS LTD | 7100-000 | $0.00 | $148,516.14 | $148,516.14 | $0.00 |
| 000003 | BERT SCHREIBER | 7100-000 | $250,000.00 | $424,023.49 | $424,023.49 | $44,670.00 |
| 000004 | ANTHONY OTRANDO | 7100-000 | $175,000.00 | $255,170.41 | $255,170.41 | $26,881.67 |
| 000005 | CONROE INVESTORS LTD. | 7100-000 | $300,000.00 | $2,425,000.00 | $2,425,000.00 | $0.00 |
| 000006 | ANTHONY OTRANDO | 7100-000 | NA | $75,000.00 | $75,000.00 | $0.00 |
| 000007 | RMP REALTY LLC | 7400-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000008 | RJS LTD | 7400-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000009B | FRANCHISE TAX BOARD | 7400-000 | $0.00 | $1,627.90 | $1,627.90 | $0.00 |
| 000010 | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $878.86 | $0.00 | $0.00 |
| 000011 | STEPHEN FADEN | 7400-000 | $0.00 | $783,414.00 | $783,414.00 | $0.00 |
| 000012 | DAVID SILBERSTEIN | 7400-000 | $0.00 | $70,000.00 | $70,000.00 | $0.00 |
| 000013 | SANDRA SILBERSTEIN | 7400-000 | $0.00 | $250,683.75 | $250,683.75 | $0.00 |
| 000014 | SANDRA SILBERSTEIN | 7400-000 | $0.00 | $289,008.62 | $289,008.62 | $0.00 |
| 000015 | DAVID SILBERSTEIN | 7400-000 | $0.00 | $2,975,142.72 | $2,975,142.72 | $0.00 |
| 20-1 | INTERNAL REVENUE SERVICE | 7200-000 | NA | $42,120.00 | $42,120.00 | $0.00 |
| N/F | Larry Cooley | 7100-000 | $75,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | $800,000.00 | $7,785,085.89 | $7,784,207.03 | $71,551.67 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 1:09-bk-12032-MT
**Case Name:** DOUBLE S DEVELOPMENT LLP
**For Period Ending:** 08/02/2018

**Trustee Name:** (008930) David Seror
**Date Filed (f) or Converted (c):** 02/25/2009 (f)
**§ 341(a) Meeting Date:** 04/02/2009
**Claims Bar Date:** 10/05/2010

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REFUND FROM MID SOUTH SYNERGY (u) | 0.00 | 11.22 | | 11.22 | FA |
| 2 | COMMERCIAL PROPERTY (u) | 0.00 | 800,000.00 | | 0.00 | FA |
| 3 | RESIDENTIAL PROPERTY - 494 LOTS (u) | 0.00 | 0.00 | | 4,582.56 | FA |
| 4 | INTEREST ON PROMISSORY NOTE (COMMERCIAL PROPERTY) (u) | Unknown | Unknown | | 33,536.32 | FA |
| 5 | PROMISSORY NOTE & DEED OF TRUST - RESID. LOTS (u)<br>ORIGINAL VALUE WAS 600K BUT STIPULATED TO VALUE OF 470K | 0.00 | 470,000.00 | | 470,000.00 | FA |
| 6 | ACCOUNTS RECEIVABLE (u) | 500.00 | 500.00 | | 0.00 | FA |
| 7 | INTEREST ON RESIDENTIAL DEED OF TRUST (u) | Unknown | Unknown | | 10,746.00 | FA |
| 8 | PROMISSORY NOTE ON COMMERCIAL LOTS (u) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$500.00** | **$1,520,511.22** | | **$768,876.10** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 1:09-bk-12032-MT  
**Case Name:** DOUBLE S DEVELOPMENT LLP  
**For Period Ending:** 08/02/2018

**Trustee Name:** (008930) David Seror  
**Date Filed (f) or Converted (c):** 02/25/2009 (f)  
**§ 341(a) Meeting Date:** 04/02/2009  
**Claims Bar Date:** 10/05/2010

**Major Activities Affecting Case Closing:**

CURRENT PERIOD ENDING 12/31/18: Grobstein, in follow up to the determination letter, was advised by the IRS that the 2016 was not on file. The 2016 tax return was therefore (re)submitted on 2/14/18 per Jessie Chun of Grobstein. TFR approved by the UST and amended NFR submitted setting 6/30/18 @ 11:00 a.m. for hearing. TFR hearing set for 6/20/18 @ 11:00 a.m. Note change of address filed by Anthony Otrando, Cert Schreiber and Richard Segal. Order on Final Fee Applications Allowing Payment of: (1) Court and U.S. Trustee Fees; and (2) Final Fees and Expenses of Trustee and Professionals Signed on 6/27/2018

CURRENT PERIOD ENDING 12/31/17: Case proceeding to close. Accountants are currently preparing tax returns 2/23/17. Notice from FTB received re request for payment of administrative expenses and forwarded to accountants 4/24/17. Email to accountants in follow up to final estate tax returns 5/25/17. Tax returns signed by the trustee and returned to accountants 8/16/17. 2016 final estate returns prepared for the trustee's signature - 8/18/17. 2016 final estate returns signed by trustee and returned to accountants for processing 8/21/17. Notice to professionals to file fee application and request for court costs filed 8/21/17. Claims prepared for review by the trustee 8/21/17. Annotated claims reviewed by trustee and scanned into system 8/22/17. Emailed accountants and attorneys in follow up to fee apps 10/31/17. Accounting final fee application forwarded to the trustee for review 11/15/17. Declaration in support of the accountant fee app signed by the trustee and returned to accountants for filing 11/15/17. Final attorney fee application of Buchalter filed 11/17/17: fees: $70k, costs: $67.10. Prepare TFR. Objections to fee applications of Grobstein and Buchalter filed by creditor 12/6/17. Double S TFR prepared for trustee review 12/10/17.

CURRENT PERIOD ENDING 12/31/16: The trustee continues to collect on installment interest payments towards the Conroe Reserves as well as the deed of trust related to lots in the Conroe Reserves. On or about 9/28/16 the trustee sold the commercial reserve B and received payment of $150,438.36 from First American Title.

CURRENT PERIOD ENDING 12/31/15: As of 12/31/15 there are still outstanding funds remaining relating to the promissory note payment and deed of trust and guarantees per Order entered on 6/27/14 [Doc. 207]. The ETFR is now projected for 12/31/2016. Application for employment of accountants filed by Grobstein Teeple 9/19/16. Order granting employment of Grobstein Teeple as accountants entered 10/20/16.

CURRENT PERIOD ENDING 12/31/14: Escrow to close on commercial property 1/24/14. All cash proceeds from sale of commercial property will be used to pay taxes directly out of escrow. Estate to receive promissory note and deed of trust for 250K. Once received, the Trustee will attempt to liquidate promissory notes. Motion to approve compromise under rule 9019 filed 6/3/14; hearing set for 6/25/14 @ 11am. Order lodged 6/26/14. Order Granting Motion to Approve Compromise entered 6/27/14 auithorizing the trustee to accept, and LCVM Properties, LLC is to pay the sum of $470,000 in full satisfaction of the promissory note and its related deeds of trust and guarantees. Notice to Professionals to file Interim Fee Applications filed 9/18/14. Buchalter Nemer interim fees $478,484.00 and expenses $5,358.84. Kane Russell interim fees $37,436.50 and expenses $2,502.44. David Seror, Trustee is requesting fees in the amount of $15,000.00 and expenses $3,059.39. Hearing set for 11/19/14 @ 11am; continued to 12/3/14 @ 11am. Objection to professional fees filed by creditors Bert Schreiber and Estate of Anthony Otrando and Stephen S. Faden filed 11/19/14. Reply filed 11/26/14. Interim fees and expenses approved per Order Entered 12/8/14. ETFR 6/30/15.

CURRENT PERIOD ENDING 12/31/13: Escrow to close on commercial property 1/24/14. All cash proceeds from sale of commercial property will be used to pay taxes directly out of escrow. Estate to receive promissory note and deed of trust for 250K. Once received, the Trustee will attempt to liquidate promissory notes. The current ETFR date is 6/30/15.

CURRENT PERIOD ENDING 12/31/12: Hearing on Motion to Approve Compromise set for July 26, 2012. Notice of Sale of Estate Property set for 8/30/12 @ 2pm, 494 residential lots, purchase price of $1,500 per lot. Order granting Trustee's Motion to Approve Compromise granted and Entered on 9/14/12. Received Amended Order Approving the Sale entered 11/8/12. Real property sold per amended order entered 11/8/12. Sales call for payments over time, and after track record of payments is established, Trustee will investigate whether payment stream can be sold. Commercial property sold.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 1:09-bk-12032-MT
**Case Name:** DOUBLE S DEVELOPMENT LLP

**For Period Ending:** 08/02/2018

**Trustee Name:** (008930) David Seror
**Date Filed (f) or Converted (c):** 02/25/2009 (f)
**§ 341(a) Meeting Date:** 04/02/2009
**Claims Bar Date:** 10/05/2010

PERIOD ENDING 12/31/11: This case was commenced as a voluntary Chapter 7 filed on 2/25/09. The initial 341(a) meeting was set for 4/2/09 but the debtor never appeared an asset report was filed on 10/5/10. Debtor repeatedly failed to appear at the scheduled 341a meetings. In January 2010, the Trustee requested and obtained a 2004 examination order for debtor's principal to appear and be examined. 341(a) took over two days. In the meantime, Trustee employed cousel to bring fradulent transfer action against debtor's principal, family members and related entities. After prolonged negotiations a settlement was reached, which brought approximately 1200 parcels of real property into estate. By Order entered 12/28/10, court approved compromise, however certain creditors have filed for reconsideration of that order. Trustee in process of obtaining real estate broker in Texas to see real property. There is also litigation in Texas by water utility, aqual utilities inc concerning estates exact interest in properties. That litigation is ongoing. Tax returns will be required.

PROFESSIONALS:
    General Counsel: Buchalter, Nemer (Benjamin Segal) per Order entered 9/3/09.
    Special Counsel: Kane Russell per Order Entered 8/2/11.
    Accountants:  Grobstein Teeple per order entered 10/19/16

ACCOUNTS:
    General and Money Market were opened on 7/21/11.
    General checking account 5100001665 per migration opened 10/18/12

CLAIMS:
    Proof of claims bar date is set for 10/5/10.

TAXES:
    Final estate returns filed 8/17/17.

Last Revised:    12/15/17 MTZ

INITIAL/CURRENT ESTIMATED TFR DATE: 12/31/2016
NEW ETFR:  12/31/2017

**Initial Projected Date Of Final Report (TFR):** 02/05/2012     **Current Projected Date Of Final Report (TFR):** 03/26/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******9876 GENERAL ACCOUNT |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/21/11 | {1} | MID SOUTH SYNERGY | REFUND | 1290-000 | 11.22 | | 11.22 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.21 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.20 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.19 |
| 01/19/12 | 1001 | INTERNATIONAL SURETIES LTD | BLANKET BOND #016030867 1/4/11 - 1/4/12 INCREASE 1/4/12 - 1/4/13 ANNUAL BLANKET BOND | 2300-000 | | 0.02 | 11.17 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.16 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.15 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.14 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.13 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.12 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.11 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.10 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.09 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.01 | 11.08 |
| 10/18/12 | | Bank of America | Bank and Technology Services Fees | 2600-000 | | 0.01 | 11.07 |
| 10/18/12 | | Bank of America | Transfer to Rabobank, N.A. | 9999-000 | | 11.07 | 0.00 |

|  | COLUMN TOTALS | 11.22 | 11.22 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 0.00 | 11.07 | |
|  | Subtotal | 11.22 | 0.15 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$11.22** | **$0.15** | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******1665 Checking Account |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/18/12 | | Rabobank, N.A. | Transfer from Bank of America | 9999-000 | 11.07 | | 11.07 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11.07 | | 22.14 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER OUT | MIGRATION TRANSFER | 9999-000 | | 11.07 | 11.07 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1.07 |
| 01/29/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2013 FOR CASE #09-12032, BLANKET BOND RENEWAL 1/4/13 – 1/4/14 #016030867 | 2300-000 | | 0.01 | 1.06 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1.07 | -0.01 |
| 02/05/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.01 | 0.00 |
| 04/11/14 | {5} | RON REGWAN | DEPOSIT ON PURCHASE OF RESIDENTIAL PROPERTY | 1210-000 | 5,000.00 | | 5,000.00 |
| 04/14/14 | {5} | BRIDGEMONT CAPITAL, LLC | DEPOSIT ON PURCHASE OF RESIDENTIAL PROPERTY | 1210-000 | 5,000.00 | | 10,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 05/08/14 | 10102 | MONTGOMERY COUNTY TAX OFFICE | PROPERTY TAXES PER ORDER ENTERED 1/25/13 | 4800-070 | | 5,141.30 | 4,848.70 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.36 | 4,834.34 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.12 | 4,821.22 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,811.22 |
| 08/06/14 | {5} | LCVM PROPERTIES, LLC C/C | PAYMENT ON DEED OF TRUST (RESIDENTIAL PROPERTIES) | 1210-000 | 10,000.00 | | 14,811.22 |
| 08/06/14 | {5} | LCVM PROPERTIES, LLC C/C | PAYMENT ON DEED OF TRUST (RESIDENTIAL PROPERTIES) | 1210-000 | 65,000.00 | | 79,811.22 |
| 08/06/14 | {5} | LCVM PROPERTIES, LLC C/C | PAYMENT ON DEED OF TRUST (RESIDENTIAL PROPERTIES) | 1210-000 | 75,000.00 | | 154,811.22 |
| 08/18/14 | {7} | RON REGWAN | INTEREST PAYMENT ON DEED OF TRUST (RESIDENTIAL) | 1270-000 | 1,194.00 | | 156,005.22 |
| 08/18/14 | {5} | STEFAN & JACKIE PARDOE | PAYMENT ON RESIDENTIAL DEED OF TRUST | 1210-000 | 75,000.00 | | 231,005.22 |
| 08/18/14 | {5} | BARUCH SAM REGWAN C/C | PAYMENT ON RESIDENTIAL DEED OF TRUST | 1210-000 | 50,000.00 | | 281,005.22 |
| 08/18/14 | {5} | LCVM PROPERTIES, LLC C/C | PAYMENT ON RESIDENTIAL DEED OF TRUST | 1210-000 | 25,000.00 | | 306,005.22 |
| | | | Page Subtotals: | | $311,216.14 | $5,210.92 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******1665 Checking Account |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.39 | 305,767.83 |
| 09/08/14 | {7} | RON REGWAN LCVN, LLC | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 1,194.00 | | 306,961.83 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 470.32 | 306,491.51 |
| 10/21/14 | {7} | RON REGWAN | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 597.00 | | 307,088.51 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 455.79 | 306,632.72 |
| 11/03/14 | {7} | STEFAN & JACKIE PARDOE | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 597.00 | | 307,229.72 |
| 11/03/14 | {7} | STEFAN & JACKIE PARDOE | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 597.00 | | 307,826.72 |
| 11/06/14 | {7} | RON REGWAN | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 597.00 | | 308,423.72 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 398.83 | 308,024.89 |
| 12/04/14 | {7} | RON REGWAN | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 1,194.00 | | 309,218.89 |
| 12/08/14 | 10103 | KANE RUSSELL COLEMAN & LOGAN | SPECIAL CONSEL FOR TRUSTEE INTERIM FEES PER ORDER ENTERED 12/8/14 | 3210-600 | | 37,436.50 | 271,782.39 |
| 12/08/14 | 10104 | KANE RUSSELL COLEMAN & LOGAN | SPECIAL CONSEL FOR TRUSTEE INTERIM EXPENSES PER ORDER ENTERED 12/8/14 | 3220-610 | | 2,502.44 | 269,279.95 |
| 12/08/14 | 10105 | BUCHALTER NEMER | ATTORNEY FOR TRUSTEE INTERIM FEES PER ORDER ENTERED 12/8/14 | 3210-000 | | 235,000.00 | 34,279.95 |
| 12/08/14 | 10106 | BUCHALTER NEMER | ATTORNEY FOR TRUSTEE INTERIM EXPENSES PER ORDER ENTERED 12/8/14 | 3220-000 | | 5,358.84 | 28,921.11 |
| 12/08/14 | 10107 | David Seror | TRUSTEE INTERIM FEES PER ORDER ENTERED 12/8/14 | 2100-000 | | 15,000.00 | 13,921.11 |
| 12/08/14 | 10108 | David Seror | TRUSTEE INTERIM EXPENSES PER ORDER ENTERED 12/8/14 | 2200-000 | | 1,549.56 | 12,371.55 |
| 12/08/14 | 10109 | David Seror | TRUSTEE INTERIM EXPENSES PER ORDER ENTERED 12/8/14 | 2200-000 | | 1,509.83 | 10,861.72 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.62 | 10,624.10 |
| 01/06/15 | {7} | RON REGWAN | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 895.50 | | 11,519.60 |
| 01/06/15 | {7} | STEFAN AND JACKIE PARDOE | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 298.50 | | 11,818.10 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.59 | 11,801.51 |

Page Subtotals:    $5,970.00    $300,173.71

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******1665 Checking Account |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/15 | {7} | RON REGWAN | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 1,194.00 | | 12,995.51 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.10 | 12,978.41 |
| 03/04/15 | {7} | RON REGWAN | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 1,194.00 | | 14,172.41 |
| 03/05/15 | 10110 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/05/2015 FOR CASE #09-12032, BLANKET BOND #016030867 (1-4-15 TO 1-4-16) | 2300-000 | | 11.67 | 14,160.74 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.38 | 14,139.36 |
| 04/06/15 | {7} | RON REGWAN | INTEREST PAYMENT ON RESIDENTIAL DEED OF TRUST | 1270-000 | 1,194.00 | | 15,333.36 |
| 04/08/15 | {5} | LCVM PROPERTIES, LLC C/C | PAYMENT ON RESIDENTIAL DEED OF TRUST | 1210-000 | 3,000.00 | | 18,333.36 |
| 04/14/15 | {5} | LCVM PROPERTIES, LLC C/C | PAYMENT ON RESIDENTIAL DEED OF TRUST RELEASE OF LOTS 29, 31 AND 32 IN BLOCK 3 AND LOTS 97 AND 98 IN BLOCK 9 OF LAKE CONROE VILLAGE | 1210-000 | 4,500.00 | | 22,833.36 |
| 04/21/15 | {5} | LCVM PROPERTIES | PAYMENT ON RESIDENTIAL DEED OF TRUST FOR PARTIAL PAYMENT ON DEED OF TRUST - (WIRED) | 1210-000 | 72,500.00 | | 95,333.36 |
| 04/29/15 | {5} | LCVM PROPERTIES, LLC | PAYMENT ON RESIDENTIAL DEED OF TRUST | 1210-000 | 52,800.00 | | 148,133.36 |
| 04/29/15 | {5} | STEFAN AND JACKIE PARDO | PAYMENT ON RESIDENTIAL DEED OF TRUST | 1210-000 | 10,000.00 | | 158,133.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.20 | 158,071.16 |
| 05/01/15 | {5} | RON REGWAN | PAYMENT ON RESIDENTIAL DEED OF TRUST | 1210-000 | 17,200.00 | | 175,271.16 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.39 | 175,030.77 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.53 | 174,762.24 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.74 | 174,502.50 |
| 08/03/15 | 10111 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/03/2015 FOR CASE #09-12032 | 2300-000 | | 33.15 | 174,469.35 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.59 | 174,226.76 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 267.32 | 173,959.44 |

Page Subtotals:    $163,582.00    $1,424.07

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******1665 Checking Account |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fee | | | | |
| 10/19/15 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 175,001.11 |
| 10/19/15 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 176,042.78 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.21 | 175,791.57 |
| 11/04/15 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 176,833.24 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.57 | 176,587.67 |
| 12/04/15 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 177,629.34 |
| 12/23/15 | 10112 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION | PAYABLE ON ACCOUNT PER ORDER ENTERED 12/8/2014 [DOC. 225] FOR LEGAL FEES | 3210-000 | | 50,000.00 | 127,629.34 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.82 | 127,353.52 |
| 01/06/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 128,395.19 |
| 01/11/16 | 10113 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/04/2016 FOR CASE #09-12032 | 2300-000 | | 110.31 | 128,284.88 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.60 | 128,107.28 |
| 02/16/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 129,148.95 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.13 | 128,970.82 |
| 03/04/16 | {4} | CONTOE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 130,012.49 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.71 | 129,807.78 |
| 04/04/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 130,849.45 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.18 | 130,668.27 |
| 05/02/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE | 1270-000 | 1,041.67 | | 131,709.94 |

Page Subtotals:   $9,375.03   $51,624.53

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******1665 Checking Account |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | (COMMERCIAL PROPERTY) | | | | |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.43 | 131,527.51 |
| 06/08/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 132,569.18 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.60 | 132,360.58 |
| 07/07/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 133,402.25 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.57 | 133,217.68 |
| 08/03/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 134,259.35 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.54 | 134,047.81 |
| 09/07/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL PROPERTY) | 1270-000 | 1,041.67 | | 135,089.48 |
| 09/28/16 | {8} | FIRST AMERICAN TITLE COMPANY | LAKE CONROE RESERVES- SALE OF COMMERCIAL RESERVE B | 1221-000 | 150,438.36 | | 285,527.84 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.76 | 285,320.08 |
| 10/05/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL LOTS) | 1270-000 | 414.85 | | 285,734.93 |
| 10/10/16 | 10114 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION | PAYABLE ON ACCOUNT PER ORDER ENTERED 12/8/2014 [DOC. 225] FOR LEGAL FEES | 3210-000 | | 100,000.00 | 185,734.93 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 324.36 | 185,410.57 |
| 11/07/16 | {4} | CONROE RESERVES LLC | INTEREST PAYMENT ON PROMISSORY NOTE (COMMERCIAL LOTS) | 1270-000 | 414.85 | | 185,825.42 |
| 11/30/16 | | FIRST AMERICAN TITLE | PAYMENT OF BALANCE ON PROMISSORY NOTE - LAKE CONROE RESERVES - SALE OF RESERVES A, C, D AND E | | 118,726.55 | | 304,551.97 |
| | {4} | | INTEREST ON PROMISSORY NOTE (COMMERCIAL LOTS)  $19,164.91 | 1270-000 | | | 304,551.97 |
| | {8} | | PAYMENT ON PRINCIPAL BALANCE  $99,561.64 | 1221-000 | | | 304,551.97 |

Page Subtotals:    $274,161.29    $101,319.26

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******1665 Checking Account |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 284.15 | 304,267.82 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 436.44 | 303,831.38 |
| 01/24/17 | 10115 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/04/2017 FOR CASE #09-12032, TERM: 1/4/17 TO 1/4/18 | 2300-000 | | 136.95 | 303,694.43 |
| 01/27/17 | 10116 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION | PAYABLE ON ACCOUNT PER ORDER ENTERED 12/8/2014 [DOC. 225] FOR LEGAL FEES | 3210-000 | | 25,000.00 | 278,694.43 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 466.07 | 278,228.36 |
| 02/27/17 | {3} | LCVM PROPERTIES LLC | FADEN - 4 LOTS | 1210-000 | 4,582.56 | | 282,810.92 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 374.72 | 282,436.20 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 419.78 | 282,016.42 |
| 04/24/17 | 10117 | BUCHALTER NEMER | ATTORNEY FOR TRUSTEE INTERIM FEES PER ORDER ENTERED 12/8/14 Voided on 04/24/2017 | 3210-000 | | 235,000.00 | 47,016.42 |
| 04/24/17 | 10117 | BUCHALTER NEMER | ATTORNEY FOR TRUSTEE INTERIM FEES PER ORDER ENTERED 12/8/14 Voided: check issued on 04/24/2017 | 3210-000 | | -235,000.00 | 282,016.42 |
| 04/24/17 | 10118 | BUCHALTER NEMER | ATTORNEYS FOR THE TRUSTEE INTERIM FEES PER ORDER ENTERED 12/8/14 | 3210-000 | | 20,000.00 | 262,016.42 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 377.63 | 261,638.79 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 413.96 | 261,224.83 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 375.73 | 260,849.10 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 362.68 | 260,486.42 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 412.17 | 260,074.25 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 361.60 | 259,712.65 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 398.46 | 259,314.19 |
| 11/06/17 | 10119 | BUCHALTER NEMER | ATTORNEYS FEES PER ORDER APPROVING FIRST INTERIM FEE APPLICATION ENTERED 12/8/2014 [DOC. 225] | 3210-000 | | 48,484.00 | 210,830.19 |

Page Subtotals:    $4,582.56    $98,304.34

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 8

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******1665 Checking Account |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 324.16 | 210,506.03 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 292.68 | 210,213.35 |
| 03/23/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | -292.68 | 210,506.03 |
| 06/27/18 | 10120 | David Seror | Distribution payment - Dividend paid at 64.02% of $41,693.80; Claim # FEE; Filed: $41,693.80Per Order entered | 2100-000 |  | 26,693.80 | 183,812.23 |
| 06/27/18 | 10121 | David Seror | Distribution payment - Dividend paid at 5.41% of $3,234.39; Claim # TE; Filed: $3,234.39Per Order entered 6/27/18 | 2200-000 |  | 175.00 | 183,637.23 |
| 06/27/18 | 10122 | BUCHALTER NEMER | Distribution payment - Dividend paid at 12.76% of $548,484.00; Claim # ; Filed: $548,484.00Per Order entered 6/27/18 | 3210-000 |  | 70,000.00 | 113,637.23 |
| 06/27/18 | 10123 | BUCHALTER NEMER | Distribution payment - Dividend paid at 1.24% of $5,425.94; Claim # ; Filed: $5,425.94Per Order entered 6/27/18 | 3220-000 |  | 67.10 | 113,570.13 |
| 06/27/18 | 10124 | U.S. BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $500.00; Claim # ; Filed: $500.00Per Order entered 6/27/18 | 3110-000 |  | 500.00 | 113,070.13 |
| 06/27/18 | 10125 | GROBSTEIN TEEPLE, LLP | Distribution payment - Dividend paid at 100.00% of $24,818.50; Claim # ; Filed: $24,818.50Per Order entered 6/27/18 | 3410-000 |  | 24,818.50 | 88,251.63 |
| 06/27/18 | 10126 | GROBSTEIN TEEPLE, LLP | Distribution payment - Dividend paid at 100.00% of $55.08; Claim # ; Filed: $55.08Per Order entered 6/27/18 | 3420-000 |  | 55.08 | 88,196.55 |
| 06/27/18 | 10127 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $9,846.43; Claim # 19; Filed: $27,199.69Per Order entered 6/27/18 | 2820-000 |  | 9,846.43 | 78,350.12 |
| 06/27/18 | 10128 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $6,798.45; Claim # 000009A; Filed: $6,798.45Per Order entered | 5800-000 |  | 6,798.45 | 71,551.67 |
| 06/27/18 | 10129 | BERT SCHREIBER | Distribution payment - Dividend paid at 10.53% of $424,023.49; Claim # 000003; Filed: $424,023.49Per Order entered 6/27/18 | 7100-000 |  | 44,670.00 | 26,881.67 |
| 06/27/18 | 10130 | ANTHONY OTRANDO | Distribution payment - Dividend paid at 10.53% of $255,170.41; Claim # 000004; Filed: $255,170.41Per Order entered 6/27/18 | 7100-000 |  | 26,881.67 | 0.00 |

Page Subtotals: $0.00    $210,830.19

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 1:09-bk-12032-MT | Trustee Name: | David Seror (008930) |
|---|---|---|---|
| Case Name: | DOUBLE S DEVELOPMENT LLP | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0363 | Account #: | ******1665 Checking Account |
| For Period Ending: | 08/02/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | **COLUMN TOTALS** |  |  | 768,887.02 | 768,887.02 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 22.14 | 11.07 |  |
|  |  | **Subtotal** |  |  | 768,864.88 | 768,875.95 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$768,864.88** | **$768,875.95** |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 10

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 1:09-bk-12032-MT | **Trustee Name:** | David Seror (008930) |
| **Case Name:** | DOUBLE S DEVELOPMENT LLP | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0363 | **Account #:** | ******1665 Checking Account |
| **For Period Ending:** | 08/02/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $768,876.10 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $768,876.10 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9876 GENERAL ACCOUNT | $11.22 | $0.15 | $0.00 |
| ******1665 Checking Account | $768,864.88 | $768,875.95 | $0.00 |
| | $768,876.10 | $768,876.10 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**